| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Edward F. Haber
Shapiro Haber & Urmy LLP
53 State St. 13th Floor
Boston, MA 02109
617-439-3939

E-filing    FILED
08 JUL 23 AM 9:42
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG

Plaintiff(s),

v.

REUNION.COM, INC., a California corporation

Defendant(s).

CASE NO. CV 08 3518 EMC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Edward F. Haber, MA Bar #215620, an active member in good standing of the bar of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Henry M. Burgoyne, III
150 Post Street, Ste 520 San Francisco, CA 94108 (415) 955-1155

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/22/08