| | |
|---|---|
| 1 | **KRONENBERGER BURGOYNE, LLP** |
| 2 | Henry M. Burgoyne, III (CA Bar No. 203748) |
|   | Karl S. Kronenberger (CA Bar No. 226112) |
| 3 | Jeffrey M. Rosenfeld (CA Bar No. 222187) |
|   | Deepa Krishnan (CA Bar No. 228664) |
| 4 | Margarita Calpotura (CA Bar No. 244711) |
|   | 150 Post Street, Suite 520 |
| 5 | San Francisco, CA 94108 |
|   | Telephone:  (415) 955-1155 |
| 6 | Facsimile:   (415) 955-1158 |
|   | hank@kronenbergerlaw.com |
| 7 | karl@kronenbergerlaw.com |
|   | jeff@kronenbergerlaw.com |
| 8 | deepa@kronenbergerlaw.com |
|   | margarita@kronenbergerlaw.com |
| 9 | **SHAPIRO, HABER & URMY LLP** |
| 10 | Edward F. Haber (*pro hac* admission pending) |
|    | Todd S. Heyman (*pro hac* admission pending) |
| 11 | Robert E. Ditzion (*pro hac* admission pending) |
|    | 53 State Street |
| 12 | Boston, MA 02109 |
|    | Telephone: (617) 439-3939 |
| 13 | Facsimile: (617) 439-0134 |
|    | ehaber@shulaw.com |
| 14 | theyman@shulaw.com |
|    | rditzion@shulaw.com |
| 15 | Attorneys for Plaintiffs |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG** individually and on behalf of a class of similarly situated persons | Case No. |
| Plaintiffs, | **CERTIFICATE OF INTERESTED PARTIES** |
| vs. | **CLASS ACTION** |
| **REUNION.COM, INC.**, a California corporation, | <u>**JURY TRIAL DEMANDED**</u> |
| Defendant. | |

CERTIFICATE OF INTERESTED PARTIES

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

As of this date, other than the named parties, there is no such interest to report.

DATED: July 28, 2008          KRONENBERGER BURGOYNE, LLP

                              By: _____
                              Henry M. Burgoyne, III
                              Attorneys for Plaintiffs