E-filing

UNITED STATES DISTRICT COURT
Northern District of California

VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG

CASE NO.  CV 08     EMC

Plaintiff(s),

v.

REUNION.COM, INC., a California corporation

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Todd Heyman, MA Bar #643804 , an active member in good standing of the bar of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Shapiro Haber & Urmy LLP
53 State St. 13th Floor
Boston, MA  02109     (617) 439-3939

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 29, 2008

IT IS SO ORDERED
Judge Edward M. Chen