E-filing

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO and MICHAEL BLACKSBURG | CASE NO. CV 08 EMC |
| Plaintiff(s),<br>v.<br>REUNION.COM, INC., a California corporation<br>Defendant(s). | ~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Robert Ditzion, MA Bar# 660962 , an active member in good standing of the bar of

Supreme Judicial Court of Massachusetts whose business address and telephone number

(particular court to which applicant is admitted)

is

Shapiro Haber & Urmy LLP
53 State St. 13th Floor
Boston, MA  02109          (617) 439-3939
,
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  July 29, 2008

IT IS SO ORDERED
United S_____
Judge Edward M. Chen