Karl S Kronenberger, Bar No: 226112  (415) 955-1155
KRONENBERGER BURGOYNE
150 Post St
San Francisco, CA 94108-4707

Representing: Plaintiff       File No.none

United States District Court for the Northern District of Califo

Northern District of California - District

| | |
|---|---|
| Hoang, et al | Case No: CV-08-3518 EMC |
| Plaintiff/Petitioner | Proof of Service of: |
| vs | Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent to Proceed Before a U.S. Magistrate Judge, Declination to Proceed Before a Magistrate Judge and Request for |
| Reunion.com, Inc. | |
| Defendant/Respondent | Service on: |
| | Reunion.com, Inc., a California corporation |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

BY FAX

PROOF OF SERVICE

FF# 6667229

07/28/2008   15:47  One Legal LLC                                 (FAX)213 617 4717                 P.002/003

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Karl S Kronenberger, 226112<br>KRONENBERGER BURGOYNE<br>150 Post St Suite 520<br>San Francisco, CA 94108-4707<br>TELEPHONE NO.: (415) 955-1155<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court for the Northern District of Califo<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Hoang, et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Reunion.com, Inc. | CV-08-3518 EMC |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent to Proceed Before a U.S. Magistrate Judge, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a U.S. District judge, Standing Order for Civil Practice in Cases Assigned for All Purposes, Standing Order for All Judges of the Northern

3. a. Party served: Reunion.com, Inc., a California corporation

   b. Person Served: Jeffrey Tinsley - Person authorized to accept service of process

4. Address where the party was served: 12400 Wilshire Blvd Suite 1500
   Los Angeles, CA 90025

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 7/25/2008   (2) at (time): 2:05 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Reunion.com, Inc., a California corporation

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name: ANDRICK DEEMINTER
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 238.00
   e. I am:
      (3) registered California process server.
         (i) Employee or Independent contractor.
         (ii) Registration No.
         (iii) County

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 7/28/2008

ANDRICK DEEMINTER
(NAME OF PERSON WHO SERVED PAPERS)                                   (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                        PROOF OF SERVICE OF SUMMONS                Code of Civil Procedure, § 417.10

OL# 6887228

11374656.tif - 7/29/2008 6:48:32 AM