1  LAW OFFICES OF RONALD JASON PALMIERI, P.C.
2  Ronald Jason Palmieri (CA Bar No. 96953)
   1644 North Orange Grove Avenue
3  Los Angeles, CA 90046
   Telephone:  (323) 882-8225
4  Facsimile:  (323) 882-8208
5  lawofcsrjp@aol.com

6  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Michael Dockterman *(pro hac vice pending)*
7  Richard M. Hoffman *(pro hac vice pending)*
8  225 West Wacker Drive, Suite 2800
9  Chicago, IL 60606-1229
   Telephone:  (312) 201-2000
10 Facsimile:  (312) 201-2555
11 dockterman@wildman.com
   hoffman@wildman.com
12
   WILDMAN, HARROLD, ALLEN & DIXON LLP
13 Dominique R. Shelton (CA Bar No. 157710)
   9665 Wilshire Boulevard, Suite 200
14 Beverly Hills, CA 90212
15 Telephone:  (310) 860-8705
   Facsimile:  (310) 860-3805
16 dshelton@wildman.com
17 Attorneys for Defendant
18 REUNION.COM, INC.

19              UNITED STATES DISTRICT COURT
20             NORTHERN DISTRICT OF CALIFORNIA

21 VIOLETTA HOANG, LIVIA HSIAO,
22 and MICHAEL BLACKSBURG,
   individually and on behalf of all others
23 similarly situated,                          No. 3:08-cv-3518

24                             Plaintiffs,       **DECLINATION TO PROCEED BEFORE
                                                 A MAGISTRATE JUDGE AND REQUEST
25 vs.                                           FOR REASSIGNMENT TO A DISTRICT
                                                 COURT JUDGE**
26 REUNION.COM, INC., a California
   corporation,
27
                              Defendant.
28

                                    1

Pursuant to Local Rule 73-1(a), defendant Reunion.com, Inc. ("Reunion.com") declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and requests reassignment of this action to a District Court Judge. Reunion.com anticipates filing a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), which motion cannot be heard by the Magistrate Judge without the consent of the parties pursuant to 28 U.S.C. § 636(c).

WHEREFORE, Reunion.com prays that this case be reassigned to a District Court Judge of this District for all purposes, and that the Court grant such other relief as it deems just and proper.

DATED: August 18, 2008.                                  Respectfully submitted,

                                                         REUNION.COM, INC.

                                                         By: _____
                                                             One of Its Attorneys

LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
1644 North Orange Grove Avenue
Los Angeles, CA 90046
Telephone: (323) 882-8225
Facsimile: (323) 882-8208
lawofcsrjp@aol.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Michael Dockterman (*pro hac vice pending*)
Richard M. Hoffman (*pro hac vice pending*)
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Telephone: (312) 201-2000
Facsimile: (312) 201-2555
dockterman@wildman.com
hoffman@wildman.com

1  WILDMAN, HARROLD, ALLEN & DIXON LLP
2  Dominique R. Shelton (CA Bar No. 157710)
   9665 Wilshire Boulevard, Suite 200
3  Beverly Hills, CA 90212
   Telephone:  (310) 860-8705
4  Facsimile:   (310) 860-3805
5  dshelton@wildman.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST FOR REASSIGNMENT TO A DISTRICT COURT JUDGE

1901352-1