1   LAW OFFICES OF RONALD JASON PALMIERI, P.C.
2   Ronald Jason Palmieri (CA Bar No. 96953)
    1644 North Orange Grove Avenue
3   Los Angeles, CA 90046
4   Telephone:  (323) 882-8225
    Facsimile:   (323) 882-8208
5   lawofcsrjp@aol.com

6   WILDMAN, HARROLD, ALLEN & DIXON LLP
7   Michael Dockterman *(pro hac vice pending)*
    Richard M. Hoffman *(pro hac vice pending)*
8   225 West Wacker Drive, Suite 2800
9   Chicago, IL 60606-1229
    Telephone:  (312) 201-2000
10  Facsimile:   (312) 201-2555
11  dockterman@wildman.com
    hoffman@wildman.com
12
    WILDMAN, HARROLD, ALLEN & DIXON LLP
13  Dominique R. Shelton (CA Bar No. 157710)
    9665 Wilshire Boulevard, Suite 200
14  Beverly Hills, CA 90212
15  Telephone:  (310) 860-8705
    Facsimile:   (310) 860-3805
16  dshelton@wildman.com

17  Attorneys for Defendant
18  REUNION.COM, INC.

19              UNITED STATES DISTRICT COURT
20            NORTHERN DISTRICT OF CALIFORNIA

21
    VIOLETTA HOANG, LIVIA HSIAO,
22  and MICHAEL BLACKSBURG,                    No. 3:08-cv-3518
    individually and on behalf of all others
23  similarly situated,

24                          Plaintiffs,        DECLARATION OF LARRY BAIRD

25  vs.

26  REUNION.COM, INC., a California
    corporation,
27
                            Defendant.
28

Pursuant to 28 U.S.C. § 1746, LARRY BAIRD under penalty of perjury, declares as follows:

1.     I am the Vice President of Product Management and Marketing for defendant Reunion.com, Inc. and have personal knowledge of the matters set forth herein.

2.     Attached hereto as Exhibit A is a true and correct copy of the Reunion.com Privacy Policy in effect and accessible from the Reunion.com website on May 5, 2008.

3.     Attached hereto as Exhibit B is a true and correct copy of the Reunion.com Privacy Policy in effect and accessible from the Reunion.com website from June 10, 2008 to the present. Prior to June 10, 2008, the Privacy Policy advised members that friends would receive a "one-time e-mail inviting him or her to visit the site." Effective June 10, 2008, members were advised that their friends would receive an initial e-mail "plus two reminder emails if they do not respond."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August _25_, 2008

_Larry Baird_
Larry Baird

1903129-1

# EXHIBIT A

# DECLARATION OF LARRY BAIRD

Privacy Policy

<< Back

### Our Approach to Privacy

Reunion.com respects your privacy. Our staff, contractors and others who help us operate our web sites follow this policy on privacy and fair information practices for online activities of Reunion.com.

Reunion.com is a licensee of the TRUSTe Privacy Program. TRUSTe is an independent, non-profit organization whose mission is to build user's trust and confidence in the Internet by promoting the use of fair information practices. This privacy statement covers the Web site www.reunion.com. Because this Web site wants to demonstrate its commitment to your privacy, it has agreed to disclose its information practices and have its privacy practices reviewed for compliance by TRUSTe.

If you have questions or concerns regarding this statement, you should first contact us by clicking here. If you do not receive acknowledgement of your inquiry or your inquiry has not been satisfactorily addressed, you should contact TRUSTe at http://www.truste.org/consumers/watchdog_complaint.php TRUSTe will then serve as a liaison with us to resolve your concerns.

This Privacy Policy applies to information Reunion.com collects online through its web sites and other domains owned by Reunion.com, Inc. ("Reunion.com") including Reunion.com and other domains owned and operated by us. We refer to these web sites as www.reunion.com, and to the other domains as the "Reunion.com Sites." Other domains include www.addressbook.com, www.myaddressbook.com, www.mylife.com, www.highschoolalumni.com, www.reunion.com, www.whoislookingforyou.com, www.whoissearchingforyou.com, www.whosesearchingforyou.com, www.whossearchingforyou.com, www.goodcontacts.com.

While Reunion.com Sites each offer a different combination of services and tools from one site to another, this policy states Reunion.com's company-wide Privacy Policy with regard to data-collection practices. Please refer to our User Agreement for the registered members terms of service, which states the terms of use

By registering as a member of a Reunion.com Site, you agree to accept this Privacy Policy and are aware that our policy may change over time as discussed below.

### Overview of Our Policy

The security of your personal information is a high priority at Reunion.com. We maintain these web sites and all associated data with technical, administrative and physical safeguards to protect against loss, unauthorized access, destruction, misuse, modification and improper disclosure. No computer system or information can ever be fully protected against every possible hazard, but Reunion.com is committed to providing reasonable and appropriate security controls to protect our web sites and their information against foreseeable hazards.

The information you provide helps us, and our partners (including our service providers, advertisers and other partners) make the Reunion.com Sites more fun and useful for you. It also enables us to provide you updates about our services and special offers from our partners. When you become a registered member of our site, you may receive email or postal mail from Reunion.com. If you have so elected, you may also receive email or postal mail from our partners.

Please keep in mind that whenever you voluntarily provide information in public areas of a Reunion.com Site, such as the user profile pages, message boards, or people search, that information can be viewed and possibly used by others, both on the Reunion.com Sites and potentially on our Partners' sites, such as Wink.com. We advise users not to disclose contact information, including phone number, email address, street address or instant messenger address ("Personally Identifiable Information") within these public areas that they do not wish to share. This information should instead be maintained in the appropriate email and contact information section of this site, which is protected under the terms of this privacy policy.

### Changes to this Policy

This Privacy Policy is available to users on this page for you to read. This Privacy Policy may be updated and modified from time to time to reflect new features, services and options, as well as any other changes with regard to the use of personal information. Users will be notified by a prominent notice on the home pages of the Reunion.com Sites of any material changes to our Privacy Policy. By registering as a member of a Reunion.com Site, you agree to accept this Privacy Policy and are aware that our policy may change over time. Continued use of the Reunion.com Site or other Reunion.com services will signify that you agree to these changes.

### About Children

Children under 13. The Reunion.com Sites are not directed to children under the age of 13. The Reunion.com Sites prohibits registration by and will not knowingly collect personally identifiable information from anyone under 13. Note to Parents. If you have any concerns about the Reunion.com Sites or its related services, please contact us by clicking here.

### Information Collection and Use

Below are more details about the information the Reunion.com Sites gather from you and how we use it.

A. **Email Newsletters and Updates.** Reunion.com Sites offer email newsletters and important account activity updates that may be promotional in nature. As part of the Reunion.com service you will receive these updates. If you want to update your email address or stop receiving any of the updates, follow the unsubscribe procedures at the bottom of any newsletter or update we send you, or alternatively, you may change your notification settings by visiting the E-Mail Notification Settings page located in the My Account area of our site. Please note that even if you unsubscribe from any promotionally oriented emails, newsletters, or account activity updates, you may continue to receive transactional email messages from Reunion.com with important information pertaining to your account and our services.

Email a Friend

If you choose to use our referral service to tell a friend about our site, we will ask you for your friend's name and email address. We will automatically send your friend a one-time email inviting him or her to visit the site. Reunion.com stores this information for the sole purpose of sending this one-time email and tracking the success of our referral program.

Your friend may contact us at support@reunion.com to request that we remove this information from our database.

B. **Membership Registration Information.** When you register for membership on one of our sites, we ask for information about you and your interests. We do this so we can better understand what you like and tailor the site to suit you better. At a minimum, we require your name, birth date, gender, email address and zip code. The more information you volunteer, the more we can tailor the site, updates, and promotions to your interests. We may engage third parties to perform analysis or data processing of our databases that involves access to this information in order to better provide you with the services for which you joined (in which case we will take measures to ensure that such parties are contractually required to keep the information confidential and not to use it other than in a manner that is necessary to perform their work for Reunion.com).

We may also use or disclose your membership registration or other Personally Identifiable Information as follows:

- **Service Providers.** We also sometimes offer our members other services provided by third parties. When you register for membership on a Reunion.com Site or activate a service by clicking on a particular service link (e.g., email) on our sites, you may be automatically registered to receive the free services we offer and some of your Personally Identifiable Information may be shared by Reunion.com with those third-party service providers, such as our credit card processing company. We take care to require that our third-party service providers only use our member's data as necessary to provide the particular service requested. These service providers may not use this information for any other purpose, including their own marketing purposes.

- **Co-registration with Other Sites.** As a member, we may offer you the ability to co-register with select third-party partner sites. In some instances where Reunion.com provides co-registration, the co-registration partners allow you to opt-out of their membership. If you choose to co-register with our partners and accept their terms of service, then you are automatically registered as a member of their select web sites and your Personally Identifiable Information is shared with those organizations. As a result, you may receive information from one of these web sites as any of their members would. We advise you to review their privacy and data collection policies for further information. We are not responsible for the use of your Personally Identifiable Information by any such service provider. In order to cancel your membership with any of these partners you will need to go directly to the partner's site. Examples include special discount savings subscription offers from Web Loyalty and Lift Media.

- **Third Party Search Engines.** When you create and submit a public profile to Reunion.com, you authorize Reunion.com to publicly disclose such information, other than Personally Identifiable

information, through the Reunion.com website as well as other third party search engines and websites.

- **Updates to Personal Information.** When you become a member, other members and third parties may, through use of our 'Reunion.com for Outlook' and other specified services, seek to update their personal contact lists by requesting your personal information, including your Personally Identifiable Information. In some cases, businesses may send us a list of personal information in an attempt to re-contact customers or subscribers whose contact information may have changed. WE WILL NOT PROVIDE YOUR PERSONALLY IDENTIFIABLE INFORMATION TO THESE OTHER MEMBERS, BUSINESSES OR OTHER THIRD PARTIES WITHOUT YOUR CONSENT. We will notify you when any such request for your contact information is made, and you will be provided with the option to accept or decline the request. If you do not respond to this request, you will be considered to have declined the request, and your updated contact information will not be provided.

- **Blogs and Forums.** If you use a blog or forum area on this site, you should be aware that any personally identifiable information you submit there can be read, collected, or used by other users of these forums, and could be used to send you unsolicited messages. We are not responsible for the personally identifiable information you choose to submit in these forums.

- **Testimonials.** We use testimonials on this site. We receive your permission to post these prior to their appearance on our site. If you would like your testimonial removed at any time, please contact us by clicking here.

**C. When You Purchase a Service from Reunion.com** When you purchase a service from Reunion.com, you will be required to provide us with certain contact information, including your name, email address and billing address. We also require other information necessary to process your payment (such as a credit card and expiration date). We may use the information you provide us to bill you for products and services you have requested, or to notify you of additional products and services available to you. By becoming a member, you agree that we may share this information with our service providers, which may include banks and credit card companies we use to process your transaction. They are prohibited from using this information for any other purpose including their own marketing purposes.

**D. Email Updates to Members.** The Reunion.com Sites and our partners periodically send service email updates announcing special offers and/or new features to registered users. If you want to update your email address or stop receiving any of the updates, follow the unsubscribe procedures at the bottom of any newsletter or update we or our partner sends to you, or alternatively, you may change your notification settings by visiting the E-Mail Notification Settings page located in the My Account area of our site.

**E. Promotions.** We ask you for Personally Identifiable Information at other times, including, but not limited to, when you enter sweepstakes, contests or promotions sponsored by a third party. If you choose to enter sweepstakes, contests or promotions of this nature, we may share your Personally Identifiable Information with third parties involved in the promotion so they can contact you. They may use that information to send you advertisements or other notices, and it is possible that your information may be shared with others.

To opt-out of this sharing of information, please indicate your preference not to receive Special Offers on the E-Mail Notification Settings page located in the My Account area of our site.

**F. Surveys and User Research.** Reunion.com conducts email and web-delivered surveys from time to time, as well as instant polls, to gather information about our audience. It is important to remember that taking these surveys and polls is entirely optional. You have no obligation to respond to them. We share only the aggregate results of these surveys, not individual data, with our advertisers and partners to help them better understand our services and monitor the reach of their advertising on our service. We also store some of the information that our users provide in these surveys to help us understand your interests and to make the site more useful for you.

**G. Use of Cookies.** On the Internet, a "cookie" is a piece of information (a file) that a Web site transfers to a user's computer for record-keeping purposes. The use of cookies is common on the Internet. The process we use to serve advertisements and to track use of our site involves cookies. Cookies help us and our advertising service (discussed below) track the frequency and placement of advertisements. Cookies also enable us to measure the aggregate or total usage and traffic to our site and to specific offerings. This aids us in producing content that best meets our users' preferences. In order to implement new services, we may use other types of cookies as well. We also may use cookies to understand better what parts of our site you like best. We may use that information to display advertisements that we think will be of particular interest to you. You may configure your browser to reject cookies, but this may interfere with some functionality of the Reunion.com Sites. To find out more about changing your browser to reject cookies, we suggest the EPIC Cookies Page http://www.epic.org/privacy/internet/cookies

Some of our business partners (e.g., advertisers) use cookies on our site. We have no access to or control over these Cookies. See "Third Party Advertising."

**H. Log Files.** As is true of most Web sites, we gather certain information automatically and store it in log files. This information includes internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, operating system, date/time stamp, and click stream data.

We use this information, which does not identify individual users, to analyze trends, to administer the site, to track users' movements around the site and to gather demographic information about our user base as a whole.

We do not link this automatically-collected data to personally identifiable information.

We use a third-party tracking service that uses cookies to track non-personally identifiable information about visitors to our site in the aggregate in order to track the volume of visits, usage of certain features, and length of time on site. This information is used to gain insight into customer needs and behavior in order to help us improve the site and services offered.

**I. Sites You Visit.** As you access our Affiliate Sites and browse around the Reunion Sites, Reunion.com may store information about which pages and which Affiliate Sites you visit and other information presented in your browser's URL address line. Reunion.com will use this information to help determine what our users are most interested in.

**J. Other Third Parties.** Reunion.com may share non-personal, aggregate, or summary, information regarding our users with other third parties not mentioned in this policy. This kind of information does not identify you individually, but is often used to provide general demographics or statistics.

**K. Merger or Acquisition.** In the event of a business transaction, such as a merger, acquisition, reorganization, or sale of substantially all or a portion of our assets (including a website owned by us), you agree that Reunion.com may transfer your Personally Identifiable Information to a third party as a part of such merger, acquisition, reorganization, or sale.

**L. Legal Authorities.** The Reunion.com Sites may also disclose Personally Identifiable Information in cases when we have reason to believe that it is necessary to identify someone who may be violating Reunion.com's User Agreement or may be causing injury to Reunion.com's rights or property, other users, or anyone else. The Reunion.com Sites may disclose Personally Identifiable Information of our users to government authorities at our discretion.

We reserve the right to disclose your personally identifiable information as required by law and when we believe that disclosure is necessary to protect our rights and/or to comply with a judicial proceeding, court order, or legal process served on our Web site.

**M. Downloadable Software.** The TRUSTe program covers only information that is collected through this Web site, and does not cover information that may be collected through software downloaded from the site. Please refer to the license agreement displayed at the time of download for the terms applicable to your downloading and use of any such software.

**Access to Other Sites Through Reunion.com**
Linking to Other Sites. You may also visit independent web sites, not operated by Reunion.com, that are connected to our network for our users. Such sites are operated by external, third-party service providers. Some of these sites will have their own separate membership processes and privacy policies. The Reunion.com Sites do not control sites that are operated by others and so cannot be responsible for the information practices of these sites. Other sites may set their own cookies, collect data or solicit personal information. It is always a good idea to check the Privacy Policy and Terms of Use of any site before offering any of your personal information.

**Third-Party Advertising**
Third Party Advertising. We use ad serving technology and other third-party advertising companies to serve ads when you visit our Web site. These companies may use information (not including your name, address, email address or telephone number) about your visits to this and other Web sites in order to provide advertisements on this site and other sites about goods and services that may be of interest to you. If you would like more information about this practice and to know your choices about not having this information used by these companies, please click here. Third Party Cookies. In the

course of serving advertisements to this site, our third-party advertiser may place or recognize a unique "cookie" on your browser.

## Security

The Reunion.com Sites use diligent efforts to protect the security and integrity of the information you provide to us once it is received on our systems. However, when you submit information about yourself to the Reunion.com Sites over the Internet, the information may travel over many systems that are not under the control of Reunion.com. We take the protection of user data very seriously and to that end provide extra assurances that your information will not be intercepted. In the case of shopping pages, for example, the credit card information you submit is protected by secure servers.

When you enter sensitive information (such as credit card information and/or social security number) on our registration or order forms, we encrypt that information using secure socket layer technology (SSL).

We follow generally accepted industry standards to protect the personal information submitted to us, both during transmission and once we receive it. No method of transmission over the Internet, or method of electronic storage, is 100% secure, however. Therefore, while we strive to use commercially acceptable means to protect your personal information, we cannot guarantee its absolute security. If you have any questions about security on our Web site, you can email us by clicking here.

## Changing or Updating Your Information

To change or update your account information such as your interests or what you are doing now, please use the "My Profile" link to change your profile page at Reunion.com. To change or update your contact information such as your e-mail or physical address, please use the "My Account" link to change your information at Reunion.com.

## Cancellations

We reserve the right to send you customary business communications (i.e. renewal notifications, general system and administrative messages, address confirmations, etc.) without offering you the opportunity to opt-out of receiving them. We do provide you the opportunity to choose the frequency of certain email notifications (including choice not to receive any), such as notifications of who's searching for you, new member matches, and who's viewed your profile by visiting the E-mail Notification Settings page in the My Account area of our Website. We also provide you the opportunity to unsubscribe from emails notifying you of special offers or discounts, alerts about birthdays or new members, tips or tricks for using our service by visiting the E-mail Notification Settings page, or alternatively, following the unsubscribe procedure/link at the bottom of the e-mail message.

## Still Have Questions?

If you have any other questions about the Reunion.com Privacy Policy, please contact us by clicking here or write to us at:

**Reunion.com, Inc.**
**Attn: Privacy Policy Officer**
2118 Wilshire Blvd. Box 1008
Santa Monica, CA 90403-5784

**Effective Date: October 1, 2007**

<< Back

# EXHIBIT B

# DECLARATION OF LARRY BAIRD



Home    What is Reunion.com?

Join for free! | Already a Member? Sign In

## Privacy Policy

<< Back

### Our Approach to Privacy

Reunion.com respects your privacy. Our staff, contractors, and others who help us operate our websites follow this policy on privacy and fair information practices for online activities of Reunion.com.

TRUSTe

CLICK TO VERIFY

Reunion.com is a licensee of the TRUSTe Privacy Program. TRUSTe is an independent nonprofit organization whose mission is to build users' trust and confidence in the Internet by promoting the use of fair information practices. This privacy statement covers the website www.reunion.com. Because this website wants to demonstrate its commitment to your privacy, it has agreed to disclose its information practices and have its privacy practices reviewed for compliance by TRUSTe.

If you have questions or concerns regarding this statement, contact us by clicking here. If you do not receive acknowledgement of your inquiry or your inquiry has not been satisfactorily addressed, contact TRUSTe at http://www.truste.org/consumers/watchdog_complaint.php TRUSTe will then serve as a liaison with us to resolve your concerns.

This Privacy Policy applies to information Reunion.com collects online through its websites and other domains owned by Reunion.com, Inc. ("Reunion.com") including Reunion.com and other domains owned and operated by us. We refer to these websites as www.reunion.com and to the other domains as the "Reunion.com Sites." Other domains include www.addressbook.com, www.myaddressbook.com, www.mylife.com, www.highschoolalumni.com, www.reunion.com, www.whoislookingforyou.com, www.whoissearchingforyou.com, www.whosesearchingforyou.com, www.whossearchingforyou.com, www.goodcontacts.com.

While Reunion.com Sites each offer a different combination of services and tools from one site to another, this policy states Reunion.com's company-wide Privacy Policy with regard to data-collection practices. Please refer to our User Agreement for the registered Members' terms of service, which states the terms of use.

By registering as a Member of a Reunion.com Site, you agree to accept this Privacy Policy and are aware that our policy may change over time as discussed below.

### Overview of Our Policy

The security of your personal information is a high priority at Reunion.com. We maintain these websites and all associated data with technical, administrative, and physical safeguards to protect against loss, unauthorized access, destruction, misuse, modification, and improper disclosure. No computer system or information can ever be fully protected against every possible hazard, but Reunion.com is committed to providing reasonable and appropriate security controls to protect our websites and their information against foreseeable hazards.

The information you provide helps us and our partners (including our service providers, advertisers, and other partners) make the Reunion.com Sites more fun and useful for you. It also enables us to provide you updates about our services and special offers from our partners. When you become a registered Member of our site, you may receive email or postal mail from Reunion.com. If you have so elected, you may also receive email or postal mail from our partners.

Please keep in mind that whenever you voluntarily provide information in public areas of a Reunion.com Site, such as the user profile pages, message boards, or people search, that information can be viewed and possibly used by others, both on the Reunion.com Sites and potentially on our partners' sites, such as Wink.com. We advise users not to disclose contact information, including phone number, email address, street address, or instant messenger address ("personally identifiable information") within these public areas that they do not wish to share. This information should instead be maintained in the appropriate email and contact information section of this site, which is protected under the terms of this privacy policy.

### Changes to this Policy

This Privacy Policy is available on this page for you to read. This Privacy Policy may be updated and modified from time to time to reflect new features, services and options, as well as any other changes with regard to the use of personal information. Users will be notified by a prominent notice on the home pages of the Reunion.com Sites of any material changes to our Privacy Policy. By registering as a member of a Reunion.com Site, you agree to accept this Privacy Policy and are aware that our policy may change over time. Continued use of the Reunion.com Site or other Reunion.com services will signify that you agree to these changes.

### About Children

The Reunion.com Sites are not directed to children under the age of 13. The Reunion.com Sites prohibits registration by and will not knowingly collect personally identifiable information from anyone under 13. Note to parents: If you have any concerns about the Reunion.com Sites or their related services, please contact us by clicking here.

### Information Collection and Use

Below are more details about the information the Reunion.com Sites gather from you and how we use it.

**A. Email Newsletters, Updates, and Invitations.** Reunion.com Sites offer email newsletters and important account activity updates that may be promotional in nature. As part of the Reunion.com service you will receive these updates. If you want to update your email address or stop receiving any of the updates, follow the unsubscribe procedures at the bottom of any newsletter or update we send you, or alternatively, you may change your notification settings by visiting the Email Notification Settings page located in the My Account area of our site. Please note that even if you unsubscribe from any promotionally oriented emails, newsletters, or account activity updates, you may continue to receive transactional email messages from Reunion.com with important information pertaining to your account and our services.

If you choose to use our referral service to tell a friend about our site, we will ask you for your friend's name and email address. We will automatically send your friend an email inviting him or her to visit the site, plus two reminder emails if they do not respond. Reunion.com stores this information for the sole purpose of sending these emails and tracking the success of our referral program.

Your friend may contact us at support@reunion.com to request that we remove this information from our database.

### Your Contacts and Their Information

To make the best use of Reunion.com and to help you keep in touch with your contacts and with other Members, we make it easy for you to invite people from your email address books to join you on Reunion.com. At your request we will search your email address book to see if anyone in it is already a Member of Reunion.com; you can also select and/or input your contacts' email addresses manually. Contacts who are not registered Members will receive an email invitation from us on your behalf inviting them to join. We may follow up such invitations with two reminder emails to some contacts if they do not respond to the initial invitation.

This feature -- a helpful, easy way to connect with your friends and family and keep everyone updated on your life -- is common on many social networking sites. Information you enter about

your contacts is covered by the same privacy policy terms as your own personal information on Reunion.com.

**B. Membership Registration Information.** When you register for membership on one of our sites, we ask for information about you and your interests. We do this so we can better understand what you like and tailor the site to suit you better. At a minimum, we require your name, birth date, gender, email address, and zip code. The more information you volunteer, the more we can tailor the site, updates, and promotions to your interests. We may engage third parties to perform analysis or data processing of our databases that involves access to this information in order to better provide you with the services for which you joined (in which case we will take measures to ensure that such parties are contractually required to keep the information confidential and not to use it other than in a manner that is necessary to perform their work for Reunion.com).

We may also use or disclose your membership registration or other personally identifiable information as follows:

- **Service Providers.** We sometimes offer our Members services provided by third parties. When you register for membership on a Reunion.com Site or activate a service by clicking on a particular service link (e.g., email) on our sites, you may be automatically registered to receive the free services we offer and some of your personally identifiable information may be shared by Reunion.com with those third-party service providers, such as our credit card processing company. We take care to require that our third-party service providers use our Members' data only as necessary to provide the particular service requested. These service providers may not use this information for any other purpose, including their own marketing purposes.

- **Co-registration with Other Sites.** As a member, we may offer you the ability to co-register with select third-party partner sites. In some instances where Reunion.com provides co-registration, the co-registration partners allow you to opt out of their membership. If you choose to co-register with our partners and accept their terms of service, then you are automatically registered as a member of their select websites, and your personally identifiable information is shared with those organizations. As a result, you may receive information from one of these websites as any of their members would. We advise you to review their privacy and data collection policies for further information. We are not responsible for the use of your personally identifiable information by any such service provider. In order to cancel your membership with any of these partners you will need to go directly to the partner's site. Examples include special discount savings subscription offers from Web Loyalty and Lift Media.

- **Third-Party Search Engines.** When you create and submit a public profile to Reunion.com, you authorize Reunion.com to publicly disclose such information, other than personally identifiable information, through the Reunion.com website as well as other third-party search engines and websites.

- **Updates to Personal Information.** When you become a Member, other Members and third parties may, through use of our Reunion.com for Outlook and other specified services, seek to update their personal contact lists by requesting your personal information, including your personally identifiable information. In some cases, businesses may send us a list of personal information in an attempt to recontact customers or subscribers whose contact information may have changed. WE WILL NOT PROVIDE YOUR personally identifiable information TO THESE OTHER MEMBERS, BUSINESSES, OR OTHER THIRD PARTIES WITHOUT YOUR CONSENT. We will notify you when any such request for your contact information is made, and you will be provided with the option to accept or decline the request. If you do not respond to this request, you will be considered to have declined the request, and your updated contact information will not be provided.

- **Blogs and Forums.** If you use a blog or forum area on this site, you should be aware that any personally identifiable information you submit there can be read, collected, or used by other users of these forums, and could be used to send you unsolicited messages. We are not responsible for the personally identifiable information you choose to submit in these forums.

- **Testimonials.** We use testimonials on this site. We receive your permission to post these prior to their appearance on our site. If you would like your testimonial removed at any time, please contact us by clicking here.

**C. When You Purchase a Service from Reunion.com** When you purchase a service from Reunion.com, you will be required to provide us with certain contact information, including your name, email address and billing address. We also require other information necessary to process your payment (such as a credit card and expiration date). We may use the information you provide us to bill you for products and services you have requested, or to notify you of additional products and services available to you. By becoming a Member, you agree that we may share this information with our service providers, which may include banks and credit card companies we use to process your transaction. They are prohibited from using this information for any other purpose including their own marketing purposes.

**D. Email Updates to Members.** The Reunion.com Sites and our partners periodically send service email updates announcing special offers and/or new features to registered users. If you want to update your email address or stop receiving any of the updates, follow the unsubscribe procedures at the bottom of any newsletter. Alternatively, you may change your notification settings by visiting the Email Notification Settings page located in the My Account area of our site.

**E. Promotions.** We ask you for personally identifiable information at other times, including but not limited to when you enter sweepstakes, contests, or promotions sponsored by a third party. If you choose to enter sweepstakes, contests or promotions of this nature, we may share your personally identifiable information with third parties involved in the promotion so they can contact you. They may use that information to send you advertisements or other notices, and it is possible that your information may be shared with others.

To opt out of this sharing of information, please indicate your preference not to receive special offers on the Email Notification Settings page located in the My Account area of our site.

**F. Surveys and User Research.** Reunion.com conducts email and web-delivered surveys from time to time, as well as instant polls, to gather information about our audience. It is important to remember that taking these surveys and polls is entirely optional. You have no obligation to respond to them. We share only the aggregate results of these surveys, not individual data, with our advertisers and partners to help them better understand our services and monitor the reach of their advertising on our service. We also store some of the information that our users provide in these surveys to help us understand your interests and to make the site more useful for you.

**G. Use of Cookies.** On the Internet, a "cookie" is a piece of information (a file) that a website transfers to a user's computer for record-keeping purposes. The use of cookies is common on the Internet. The process we use to serve advertisements and to track use of our site involves cookies. Cookies help us and our advertising service (discussed below) track the frequency and placement of advertisements. Cookies also enable us to measure the aggregate or total usage and traffic to our site and to specific offerings. This aids us in producing content that best meets our users' preferences. In order to implement new services, we may use other types of cookies as well. We also may use cookies to understand better what parts of our site you like best. We may use that information to display advertisements that we think will be of particular interest to you. You may configure your browser to reject cookies, but this may interfere with some functionality of the Reunion.com Sites. To find out more about changing your browser to reject cookies, we suggest the EPIC Cookies Page http://www.epic.org/privacy/internet/cookies

Some of our business partners (e.g., advertisers) use cookies on our site. We have no access to or control over these cookies. See "Third Party Advertising."

**H. Log Files.** As is true of most websites, we gather certain information automatically and store it

in log files. This information includes Internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, operating system, date/time stamp, and click stream data.

We use this information, which does not identify individual users, to analyze trends, to administer the site, to track users' movements around the site, and to gather demographic information about our user base as a whole.

We do not link this automatically collected data to personally identifiable information.

We use a third-party tracking service that uses cookies to track non-personally identifiable information about visitors to our site in the aggregate in order to track the volume of visits, usage of certain features, and length of time on site. This information is used to gain insight into customer needs and behavior in order to help us improve the site and services offered.

**I. Sites You Visit.** As you access our affiliate sites and browse around the Reunion Sites, Reunion.com may store information about which pages and which affiliate sites you visit and other information presented in your browser's URL address line. Reunion.com will use this information to help determine what our users are most interested in.

**J. Other Third Parties.** Reunion.com may share non-personal, aggregate, or summary information regarding our users with other third parties not mentioned in this policy. This kind of information does not identify you individually but is often used to provide general demographics or statistics.

**K. Merger or Acquisition.** In the event of a business transaction, such as a merger, acquisition, reorganization, or sale of substantially all or a portion of our assets (including a website owned by us), you agree that Reunion.com may transfer your personally identifiable information to a third party as a part of such merger, acquisition, reorganization, or sale.

**L. Legal Authorities.** The Reunion.com Sites may also disclose personally identifiable information in cases when we have reason to believe that it is necessary to identify someone who may be violating Reunion.com's User Agreement or may be causing injury to Reunion.com's rights or property, other users, or anyone else. The Reunion.com Sites may disclose personally identifiable information of our users to government authorities at our discretion.

We reserve the right to disclose your personally identifiable information as required by law and when we believe that disclosure is necessary to protect our rights and/or to comply with a judicial proceeding, court order, or legal process served on our website.

**M. Downloadable Software.** The TRUSTe program covers only information that is collected through this website, and does not cover information that may be collected through software downloaded from the site. Please refer to the license agreement displayed at the time of download for the terms applicable to your downloading and use of any such software.

### Access to Other Sites Through Reunion.com
You may also visit independent websites not operated by Reunion.com that are connected to our network for our users. Such sites are operated by external, third-party service providers. Some of these sites will have their own separate membership processes and privacy policies. The Reunion.com Sites do not control sites that are operated by others and so cannot be responsible for the information practices of these sites. Other sites may set their own cookies, collect data, or solicit personal information. It is always a good idea to check the Privacy Policy and Terms of Use of any site before offering any of your personal information.

### Third-Party Advertising
We use ad serving technology and other third-party advertising companies to serve ads when you visit our website. These companies may use information (not including your name, address, email address, or telephone number) about your visits to this and other websites in order to provide advertisements on this site and other sites about goods and services that may be of interest to you. If you would like more information about this practice and to know your choices about not having this information used by these companies, please click here. Third Party Cookies: In the course of serving advertisements to this site, our third-party advertiser may place or recognize a unique "cookie" on your browser.

### Security
The Reunion.com Sites make diligent efforts to protect the security and integrity of the information you provide to us once it is received on our systems. However, when you submit information about yourself to the Reunion.com Sites over the Internet, the information may travel over many systems that are not under the control of Reunion.com. We take the protection of user data very seriously and to that end provide extra assurances that your information will not be intercepted. In the case of shopping pages, for example, the credit card information you submit is protected by secure servers.

When you enter sensitive information (such as credit card information and/or social security number) on our registration or order forms, we encrypt that information using secure socket layer technology (SSL).

We follow generally accepted industry standards to protect the personal information submitted to us, both during transmission and once we receive it. No method of transmission over the Internet, or method of electronic storage, is 100% secure, however. Therefore, while we strive to use commercially acceptable means to protect your personal information, we cannot guarantee its absolute security. If you have any questions about security on our website, you can email us by clicking here.

### Changing or Updating Your Information
To change or update your account information such as your interests or what you are doing now, please use the "My Profile" link to change your profile page at Reunion.com. To change or update your contact information such as your email or physical address, please use the "My Account" link to change your information at Reunion.com.

### Cancellations
We reserve the right to send you customary business communications (i.e. renewal notifications, general system and administrative messages, address confirmations, etc.) without offering you the opportunity to opt out of receiving them. We do provide you the opportunity to choose the frequency of certain email notifications (including choice not to receive any), such as notifications of who's searching for you, new member matches, and who's viewed your profile, by visiting the Email Notification Settings page in the My Account area of our website. We also provide you the opportunity to unsubscribe from emails notifying you of special offers or discounts, alerts about birthdays or new members, or tips or tricks for using our service by visiting the Email Notification Settings page, or alternatively following the unsubscribe procedure/link at the bottom of the email message.

### Still Have Questions?
If you have any other questions about the Reunion.com Privacy Policy, please contact us by clicking here or write to us at:

**Reunion.com, Inc.**
**Attn: Privacy Policy Officer**
2118 Wilshire Blvd. Box 1008
Santa Monica, CA 90403-5704

**Effective Date: June 10, 2008**

<< Back

Copyright © 2008, Reunion.com Inc
U.S. Patent No. 6,701,348 and 6,694,353
About Us | Jobs | Press Room | Advertise With Us | Affiliates | User Agreement | Privacy Policy | Schools | Help