**ORIGINAL**

Clerk's Use Only
Initial for fee pd.:

Richard M. Hoffman
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH: (312) 201-2961
FX: (312) 416-4750

FILED

AUG 27 AM 11:46

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA HOANG, et al.,

    Plaintiff(s),

v.

REUNION.COM, INC.,

    Defendant(s).

CASE NO. 3:08-cv-3518 MMC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, **Richard M. Hoffman**, an active member in good standing of the bar of **(See Attached Listing)**, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **Defendant Reunion.com, Inc.** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
    **Dominique R. Shelton (CA Bar No. 157710)**
    **Wildman, Harrold, Allen & Dixon LLP**
    **9665 Wilshire Blvd., Suite 200**
    **Beverly Hills, CA 90212**
    **PH: 310-860-8705**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2008

Richard M. Hoffman

## RICHARD M. HOFFMAN

## Bar Admissions

| BAR | YEAR OF ADMISSION |
|---|---|
| State Bar of Illinois | 1990 |
| United States District Court for the Northern District of Illinois | 1990 |
| United States District Court for the Western District of Michigan | 2000 |
| United States Court of Appeals for the Fifth Circuit | 2002 |
| United States Court of Appeals for the Seventh Circuit | 2005 |
| United States District Court for the Central District of Illinois | 2006 |

1902224-1

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 9665 Wilshire Boulevard, Suite 2600, Beverly Hills, California 90212.

On August 26, 2008, I served the within document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY (RICHARD M.HOFFMAN) *PRO HAC VICE***

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (323) 951-9793. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Karl Stephen Kronenberger, Esq.
Henry M. Burgoyne, III, Esq.
Jeffrey Michael Rosenfeld, Esq.
**Kronenberger Burgoyne, LLP**
**150 Post Street, Suite 520**
**San Francisco, CA 94108**

Edward F. Haber, Esq.
Robert E. Ditzion, Esq.
Todd S. Heyman, Esq.
**Shapiro Haber & Urmy LLP**
**53 State Street**
**37th Floor**
**Boston, MA 02109**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

1905326.1

3

PROOF OF SERVICE

WILDMAN HARROLD
ALLEN & DIXON LLP
9665 Wilshire Blvd.
Suite 200
Beverly Hills, CA 90212
310.860.8700

1 | I declare under penalty of perjury under the laws of the State of California that the
2 | foregoing is true and correct.
3 | Executed on August 26, 2008, at Los Angeles, California.

_____
ROSA GONZALES

WILDMAN HARROLD
ALLEN & DIXON LLP
9665 Wilshire Blvd.
Suite 200
Beverly Hills, CA 90212
310.860.8700

1905326.1                              4.
                               PROOF OF SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

REUNION.COM, INC., a California corporation,

Defendant(s).

CASE NO. 3:08-cv-3518 MMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Richard M. Hoffman**, an active member in good standing of the bar of **(see attached listing)** whose business address and telephone number is **Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH: (312) 201-2961
FX: (312) 416-4750**, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Defendant Reunion.com, Inc.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States Magistrate Judge

**Hon. Maxine M. Chesney**

## RICHARD M. HOFFMAN

### Bar Admissions

| BAR | YEAR OF ADMISSION |
|---|---|
| State Bar of Illinois | 1990 |
| United States District Court for the Northern District of Illinois | 1990 |
| United States District Court for the Western District of Michigan | 2000 |
| United States Court of Appeals for the Fifth Circuit | 2002 |
| United States Court of Appeals for the Seventh Circuit | 2005 |
| United States District Court for the Central District of Illinois | 2006 |

1902224-1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 9665 Wilshire Boulevard, Suite 2600, Beverly Hills, California 90212.

On August 26, 2008, I served the within document(s):

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY (RICHARD M.HOFFMAN) *PRO HAC VICE***

- ☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (323) 951-9793. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

- ☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

- ☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Karl Stephen Kronenberger, Esq.
Henry M. Burgoyne, III, Esq.
Jeffrey Michael Rosenfeld, Esq.
**Kronenberger Burgoyne, LLP**
**150 Post Street, Suite 520**
**San Francisco, CA 94108**

Edward F. Haber, Esq.
Robert E. Ditzion, Esq.
Todd S. Heyman, Esq.
**Shapiro Haber & Urmy LLP**
**53 State Street**
**37th Floor**
**Boston, MA 02109**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

WILDMAN HARROLD
ALLEN & DIXON LLP
9665 Wilshire Blvd.
Suite 200
Beverly Hills, CA 90212
310.860.8700

1905337.1

3

PROOF OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed on August 26, 2008, at Los Angeles, California.

_____
ROSA GONZALES

WILDMAN HARROLD
ALLEN & DIXON LLP
9665 Wilshire Blvd.
Suite 200
Beverly Hills, CA 90212
310.860.8700

1905337.1

4

PROOF OF SERVICE