UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA HOANG, LIVIA HSIAO,
and MICHAEL BLACKSBURG,
individually and on behalf of all others
similarly situated,

    Plaintiff(s),

v.

REUNION.COM, INC., a California
corporation,

    Defendant(s).

CASE NO. 3:08-cv-3518 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

**Richard M. Hoffman**, an active member in good standing of the bar of **(see attached listing)** whose business address and telephone number is **Wildman, Harrold, Allen & Dixon, LLP**
**225 West Wacker Drive, Suite 2800**
**Chicago, IL 60606-1229**
**PH: (312) 201-2961**
**FX: (312) 416-4750**, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Defendant Reunion.com, Inc.**

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 29, 2008

United States ~~Magistrate~~ Judge
District
**Hon. Maxine M. Chesney**

**RICHARD M. HOFFMAN**

**Bar Admissions**

| BAR | YEAR OF ADMISSION |
|---|---|
| State Bar of Illinois | 1990 |
| United States District Court for the Northern District of Illinois | 1990 |
| United States District Court for the Western District of Michigan | 2000 |
| United States Court of Appeals for the Fifth Circuit | 2002 |
| United States Court of Appeals for the Seventh Circuit | 2005 |
| United States District Court for the Central District of Illinois | 2006 |

1902224-1