UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

REUNION.COM, INC., a California corporation,

Defendant(s).

CASE NO. 3:08-cv-3518 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael Dockterman , an active member in good standing of the bar of (see attached listing) whose business address and telephone number is Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH: (312) 201-2652
FX: (312) 416-4710 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Reunion.com, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: August 29, 2008

United States ~~Magistrate~~ Judge
District
Hon. Maxine M. Chesney

## Michael Dockterman

### Dates of Admission

Supreme Court Of Illinois (November 3, 1978)

Supreme Court of the United States (May 18, 1992)

United States District Court for the Northern District of Illinois (December 14, 1978)

United States District Court for the Central District of Illinois (October 6, 1988)

United States District Court for the Southern District of Illinois (September 30, 1991)

United States District Court for the Eastern District of Michigan (September 16, 1986)

United States District Court for the Western District of Michigan (1995)

United States District Court for the Eastern District of Missouri (1996)

United States Court of Appeals for the Second Circuit (December 30, 1993)

United States Court of Appeals for the Fourth Circuit (July 30, 1990)

United States Court of Appeals for the Sixth Circuit (March 26, 1990)

United States Court of Appeals for the Seventh Circuit (December 27, 1978)

United States Court of Appeals for the Ninth Circuit (June 15, 2004)

United States Court of Appeals for the Federal Circuit (April 17, 1990)