**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com

**SHAPIRO HABER & URMY LLP**
Edward F. Haber (*pro hac* admitted)
Todd S. Heyman (*pro hac* admitted)
Robert E. Ditzion (*pro hac* admitted)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
theyman@shulaw.com
rditzion@shulaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG** individually and on behalf of a class of similarly situated persons<br><br>Plaintiffs,<br><br>vs.<br><br>**REUNION.COM, INC.**, a California corporation,<br><br>Defendant. | Case No. 3:08-cv-03518-MMC<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On September 3, 2008, I served the following document(s):

1) **CASE MANAGEMENT CONFERENCE ORDER**
2) **STANDING ORDERS FOR CIVIL CASES, ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

on the parties listed below as follows:

*Counsel for Reunion.com*

Dominique R. Shelton
Wildman, Harrold, Allen & Dixon LLP
9665 Wilshire Boulevard, Second Floor
Beverly Hills, CA 90212

*Counsel for Reunion.com*

Michael Dockterman
Richard M. Hoffman
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229

*Counsel for Reunion.com*

Mr. Ronald J. Palmieri
Law Offices of Ronald J. Palmieri, P.C.
1644 No. Orange Grove Ave
Los Angeles, CA 90046

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY OVERNIGHT MAIL via Federal Express.

[ ] BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: September 3, 2008

*/s/ Sumeena Birdi*
Sumeena Birdi

Case No. 3:08-cv-03518-MMC         1         PROOF OF SERVICE