LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
1644 North Orange Grove Avenue
Los Angeles, CA 90046
Telephone:  (323) 882-8225
Facsimile:   (323) 882-8208
lawofcsrjp@aol.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Michael Dockterman *(pro hac vice pending)*
Richard M. Hoffman *(pro hac vice pending)*
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Telephone:  (312) 201-2000
Facsimile:   (312) 201-2555
dockterman@wildman.com
hoffman@wildman.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Dominique R. Shelton (CA Bar No. 157710)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone:  (310) 860-8705
Facsimile:   (310) 860-3805
dshelton@wildman.com

Attorneys for Defendant
REUNION.COM, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>REUNION.COM, INC., a California corporation,<br><br>                Defendant. | No. 3:08-cv-3518   ORDER RE:<br><br>**DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Hearing Date:** October 31, 2008<br>**Time:**  10:30 a.m.<br>**Judge:**  Hon. Maxine M. Chesney<br>**Courtroom:**  7, 19th Floor |

DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1

Pursuant to Rule 16-10 of the Civil Local Rules of the United States District Court for the Northern District of California, Defendant, Reunion.com, Inc., by and through their counsel of record, specifically Ronald Jason Palmieri who practices in Los Angeles, California, and Michael Dockterman, who practices in Chicago, Illinois, request to participate by telephone in the Case Management Conference in the above-entitled case currently scheduled for October 31, 2008, at 10:30 a.m.

Mr. Palmieri is scheduled to leave the state of California from Los Angeles Saturday morning for a long-planned trip to Mexico and Mr. Dockterman is scheduled for multiple meetings in Chicago on the date scheduled for the Case Management Conference.

If the Court desires that only one counsel appear telephonically on behalf of Defendant, Defendant respectfully requests that said counsel be Ronald Jason Palmieri.

Mr. Palmieri has conferred with counsel for Plaintiffs, Hank Burgoyne, and said counsel has no objection to the request be made herein.

**DATED:** October 24, 2008.        Respectfully submitted,

REUNION.COM, INC.


By:   /s/ Ronald J. Palmieri
      One of Its Attorneys

## **ORDER**

Having reviewed the file and the request in this matter and for good cause appearing, IT IS SO ORDERED that the request to appear telephonically is hereby GRANTED. Further, all parties are hereby DIRECTED to appear telephonically at the October 31, 2008 Case Management Conference.

Dated: October 27, 2008

_____
District Judge Maxine M. Chesney
United States District Court
Northern District of California.

DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

2