**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

**SHAPIRO, HABER & URMY LLP**
Edward F. Haber (admitted *pro hac vice*)
Todd S. Heyman (admitted *pro hac vice*)
Robert E. Ditzion (admitted *pro hac vice*)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
theyman@shulaw.com
rditzion@shulaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLETTA HOANG, LIVIA HSIAO, MICHAEL BLACKSBURG, and MATTHEW HALL** individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**REUNION.COM, INC.,** a California corporation,<br><br>Defendant. | Case No. 3:08-cv-03518-MMC<br><br>**STIPULATION TO CONTINUE DEADLINE FOR FILING OF JOINT CASE MANAGEMENT STATEMENT**<br><br>AND DIRECTIONS TO PARTIES |

Case No. 08-CV-03518-MMC                    **STIPULATION CONTINUING DEADLINE FOR JCMS**

1.   WHEREAS Plaintiffs and Defendant did not understand that, in light of the Court's October 6, 2008 order dismissing Plaintiffs' initial complaint, the Court still desired the submission of a joint case management statement; and

2.   WHEREAS counsel for Plaintiffs and counsel for Defendant continue to meet and confer over the content of such statement, such meet and confer to be completed on or before Wednesday, October 29, 2008;

NOW THEREFORE, PLAINTIFFS AND DEFENDANT, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.   The parties agree, and request the Court order, that the parties' joint case management statement, currently due to be filed by October 24, 2008, shall be filed on or before October 29, 2008, subject to the approval of the Court.

DATED: October 24, 2008

LAW OFFICES OF RONALD JASON PALMIERI, P.C.

By: /s/ Ronald Jason Palmieri

Ronald Jason Palmieri
Attorney for Defendant

DATED: October 24, 2008

KRONENBERGER BURGOYNE, LLP

By: _____

Henry M. Burgoyne, III
Attorney for Plaintiffs

//
//
//

IT IS SO ORDERED.

Dated: October 27, 2008

/s/ Maxine M. Chesney

HONORABLE MAXINE M. CHESNEY
Judge, United States District Court for the Northern District of California

1   STIPULATION CONTINUING DEADLINE FOR JCMS

1. WHEREAS Plaintiffs and Defendant did not understand that, in light of the Court's October 6, 2008 order dismissing Plaintiffs' initial complaint, the Court still desired the submission of a joint case management statement; and

2. WHEREAS counsel for Plaintiffs and counsel for Defendant continue to meet and confer over the content of such statement, such meet and confer to be completed on or before Wednesday, October 29, 2008;

NOW THEREFORE, PLAINTIFFS AND DEFENDANT, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The parties agree, and request the Court order, that the parties' joint case management statement, currently due to be filed by October 24, 2008, shall be filed on or before October 29, 2008, subject to the approval of the Court.

DATED: October 24, 2008

LAW OFFICES OF RONALD JASON PALMIERI, P.C.

By: _____

Ronald Jason Palmieri
Attorney for Defendant

DATED: October 24, 2008

KRONENBERGER BURGOYNE, LLP

By: _____

Henry M. Burgoyne, III
Attorney for Plaintiffs

//
//
//

IT IS SO ORDERED.   The parties are DIRECTED, however, to file the Joint Case Management Statement no later than noon, October 29, 2008.

Dated: October 27, 2008

_____
HONORABLE MAXINE M. CHESNEY
Judge, United States District Court for the Northern District of California

Case No. 08-CV-03518-MMC        1        STIPULATION CONTINUING DEADLINE FOR JCMS