RECEIVED
08 OCT 30 AM 10: 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA HOANG, LIVIA HSIAO, MICHAEL BLACKSBURG and MATTHEW HALL indivually and on behalf of a class of similarly situated persons,

    Plaintiff,

v.

REUNION.COM, a California corporation,

    Defendant.

CASE NO. 3:08-cv-03518-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Ian J. McLoughlin (MA Bar# 647203), whose business address and telephone number is

Shapiro Haber & Urmy LLP
53 State St. 13th Floor
Boston, MA 02109    Telephone: (617) 439-3939

and who is an active member in good standing of the bar of Massachusetts

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: November 3, 2008

                                       United States District Judge

                                       Judge Maxine M. Chesney

United States District Court
For the Northern District of California