| | |
|---|---|
| 1 | LAW OFFICES OF RONALD JASON PALMIERI, P.C. |
| 2 | Ronald Jason Palmieri (CA Bar No. 96953) |
|   | 1644 North Orange Grove Avenue |
|   | Los Angeles, CA 90046 |
| 3 | TELEPHONE:   (323) 882-8225 |
|   | FACSIMILE:    (323) 882-8208 |
| 4 | lawofcsrjp@aol.com |

LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
1644 North Orange Grove Avenue
Los Angeles, CA 90046
TELEPHONE:   (323) 882-8225
FACSIMILE:    (323) 882-8208
lawofcsrjp@aol.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Michael Dockterman (admitted pro hac vice)
Richard M. Hoffman (admitted pro hac vice)
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Telephone:   (312) 201-2000
Facsimile:    (312) 201-2555
dockterman@wildman.com
hoffman@wildman.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Dominique R. Shelton (CA Bar No. 157710)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone:   (310) 860-8705
Facsimile:    (310) 860-3805
dshelton@wildman.com

Attorneys for Defendant
REUNION.COM, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>REUNION.COM, INC., a California corporation,<br><br>　　　Defendant. | No. 3:08-cv-3518 MMC<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING DEFENDANT ADDITIONAL TIME FOR FILING REPLY BRIEF AND CONTINUING HEARING<br><br>H̶e̶a̶r̶i̶n̶g̶ ̶D̶a̶t̶e̶:̶ ̶D̶e̶c̶e̶m̶b̶e̶r̶ ̶1̶2̶,̶ ̶2̶0̶0̶8̶<br>Time:  9:00 AM<br>Judge: Hon. Maxine Chesney<br>Courtroom:    7, 19th Floor |

1  **IT IS HEREBY ORDERED** that the Agreed Stipulation to Change the Time For Filing
2  Defendant's Reply Brief in Support of its Motion to Dismiss is hereby GRANTED. Defendant shall
3  be permitted until Wednesday, December 3, 2008, to file its Reply Brief. ~~All other dates are~~
4  ~~unchanged~~. Further, the hearing is CONTINUED from December 12, 2008 to December 19, 2008.

6  Dated:  November 21, 2008

   Maxine M. Chesney
   United States District Judge