**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   VIOLETTA HOANG, et al.,                No. C-08-3518 MMC

12            Plaintiffs,                   **ORDER VACATING DECEMBER 19,
                                            2008 HEARING**
13       v.

14   REUNION.COM, INC.,

15            Defendant

16   _____/

17       Before the Court is defendant Reunion.com, Inc.'s motion, filed November 7, 2008,

18   to dismiss plaintiffs' First Amended Complaint.  Plaintiffs Violetta Hoang, Livia Hsiao,

19   Michael Blacksburg, and Matthew Hall Have filed opposition, to which defendant has

20   replied.  Having read and considered the papers filed in support of and in opposition to the

21   motion, the Court deems the matter suitable for decision on the parties' submissions, and

22   VACATES the hearing scheduled for December 19, 2008.

23       **IT IS SO ORDERED.**

24

25   Dated: December 16, 2008

26                                          MAXINE M. CHESNEY
                                            United States District Judge
27

28