**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA HOANG, et al., | No. C-08-3518 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| REUNION.COM, INC., | |
| Defendant / | |

Before the Court is the "Joint Case Management Statement and Defendant's Request to Vacate Case Management Conference," filed February 27, 2009 by plaintiffs on behalf on all parties. Having read and considered said filing, the Court finds it appropriate, in light of the pendency of plaintiffs' Motion for Leave to File a Motion for Reconsideration, to grant defendant's request to continue the Case Management Conference.

Accordingly, the Case Management Conference is hereby CONTINUED from March 6, 2009 to May 22, 2009. A Joint Case Management Statement shall be filed no later than May 15, 2009.

**IT IS SO ORDERED.**

Dated: March 3, 2009

MAXINE M. CHESNEY
United States District Judge