LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
1644 North Orange Grove Avenue
Los Angeles, CA 90046
TELEPHONE: (323) 882-8225
FACSIMILE:  (323) 882-8208
lawofcsrjp@aol.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Carole E. Handler (CA Bar No. 129381)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
TELEPHONE: (310) 860-8705
FACSIMILE:  (310) 860-3805
handler@wildman.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Peter N. Moore (admitted *pro hac vice*)
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
TELEPHONE: (312) 201-2000
FACSIMILE:  (312) 201-2555
pmoore@wildman.com

Attorneys for Defendant
REUNION.COM, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>REUNION.COM, INC., a California corporation,<br><br>　　　　　　　Defendant. | No. 3:08-cv-3518　　ORDER RE:<br><br>**DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Hearing Date:** July 10, 2009<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Maxine M. Chesney<br>**Courtroom:** 7, 19th Floor |

　　　Pursuant to Rule 16-10 of the Civil Local Rules of the United States District Court for the Northern District of California, Defendant, Reunion.com, Inc., by and through their counsel of record, specifically Ronald Jason Palmieri who practices

in Los Angeles, California, and a Wildman Harrold attorney, who is not based in San Francisco, request to participate by telephone in the Case Management Conference in the above-entitled case currently scheduled for July 10, 2009, at 10:30 a.m.

Defendant's counsel believes this would be appropriate since the Defendant has requested in the Case Management Conference Statement that the Court Order further briefing relating to Plaintiffs' recent request "withdraw" the Second Amended Complaint, after a Motion to Dismiss same had been fully briefed, and enter a final judgment on the First Amended Complaint, which was filed over half a year ago. Defendant has argued in the Case Management Conference Statement initial grounds why Plaintiffs' would be inappropriate and, thus, the Case Management Conference will probably only last a few minutes and further briefing will be Ordered. As such, it is respectfully submitted that the inordinate amount of time needed to travel to San Francisco for this Hearing may not be justified.

Alternatively, Defendant requests the Case Management Conference Hearing be vacated and a Scheduling Order be issued to file briefs on the issues raised in the Case Management Statement in relation to Plaintiffs' recent request to dismiss this action on what Defendant contends to improper terms.

If the Court decides the Case Management Conference should go forward, Mr. Palmieri has previously conferred with counsel for Plaintiffs on the matter of telephonic appearances and said counsel had no objection to Defendant's counsel appearing telephonically for hearings in this case.

DATED: July 7, 2009.                             Respectfully submitted,

                                                 REUNION.COM, INC.


                                                 By:  /s/ Ronald J. Palmieri
                                                      One of Its Attorneys

DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

## ORDER

Having reviewed the file and the request in this matter and for good cause appearing, IT IS SO ORDERED that the request to appear telephonically is hereby GRANTED as to ~~Defendant's counsel.~~ all counsel.

Dated: July 8, 2009

*Maxine M. Chesney*
District Judge Maxine M. Chesney
United States District Court
Northern District of California.