**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

**SHAPIRO, HABER & URMY LLP**
Edward F. Haber (admitted *pro hac vice*)
Todd S. Heyman (admitted *pro hac vice*)
Ian J. McLoughlin (admitted *pro hac vice*)
Robert E. Ditzion (admitted *pro hac vice*)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
theyman@shulaw.com
imcloughlin@shulaw.com
rditzion@shulaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLETTA HOANG, LIVIA HSIAO, MICHAEL BLACKSBURG,** and **MATTHEW HALL**, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**REUNION.COM, INC.**, a California corporation,<br><br>Defendant. | Case No. 08-CV-03518-MMC<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' NOTICE AND FOR INVOLUNTARY DISMISSAL PURSUANT TO RULE 41(B)**<br><br>DATE:   September 25, 2009<br>TIME:   9:00 a.m.<br>DEPT:   Courtroom 7, 19th Floor<br>JUDGE:  Hon. Maxine Chesney |

1   Currently pending before the Court are Defendant Reunion.com, Inc.'s ("Reunion.com") motions to: (1) strike Plaintiffs' withdrawal of their Second Amended Complaint; (2) dismiss this action pursuant to Rule 41(b); and, (3) to back-date the proposed Rule 41(b) dismissal order, *nunc pro tunc*, to May 29, 2009.  *See* Docket Nos. 86 and 87.

Having considered all arguments made by both parties the Court hereby rules:

(1) The Defendant's motion to strike Plaintiffs' withdrawal of their Second Amended Complaint is hereby **DENIED** because Plaintiffs' withdrawal is permitted by the safe harbor provision of Rule 11(c) of the Federal Rules of Civil Procedure.

(2) The Defendant's motion to dismiss pursuant to Rule 41(b) is hereby **DENIED** because Defendant has failed to meet its burden that such a sanction is appropriate on the record here, and regardless, the motion is untimely in violation of Local Rule 7-8(c) as Defendants belatedly seek sanctions for conduct dating back to October of last year.  Accordingly, Defendant's request that such an order be back-dated is also denied.  Even if Rule 41(b) dismissal were appropriate, the law is clear that such dismissal orders may not be back-dated, *nunc pro tunc*, to deprive a party of its rights to appeal. *Chambers v. American Trans Air, Inc.*, 990 F.2d 317, 318 (7th Cir. 1993); *Transamerica Ins. Co. v. South*, 975 F.2d 321, 325-26 (7th Cir. 1992); *Reid v. White Motor Corp.*, 886 F.2d 1462 (6th Cir. 1989); *Singh v. Mukasey*, 533 F.3d 1103, 1110 (9th Cir. 2008).

**IT IS SO ORDERED.**

Dated: _____, 2009          ENTERED:

By: _____
THE HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Case No. 08-CV-03518-MMC             1        **[PROP] ORDER DENYING MOT. TO STRIKE & FOR INVOL. DISMISSAL**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com