1  LAW OFFICES OF RONALD JASON PALMIERI, P.C.
   Ronald Jason Palmieri (CA Bar No. 96953)
2  1644 North Orange Grove Avenue
   Los Angeles, CA 90046
3  TELEPHONE: (323) 882-8225
   FACSIMILE:  (323) 882-8208
4  lawofcsrjp@aol.com

5  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Carole E. Handler (CA Bar No. 129381)
6  9665 Wilshire Boulevard, Suite 200
   Beverly Hills, CA 90212
7  TELEPHONE: (310) 860-8705
   FACSIMILE:  (310) 860-3805
8  handler@wildman.com

9  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Peter N. Moore (admitted *pro hac vice*)
10 225 West Wacker Drive, Suite 2800
   Chicago, IL 60606-1229
11 TELEPHONE: (312) 201-2000
   FACSIMILE:  (312) 201-2555
12 pmoore@wildman.com

13 Attorneys for Defendant
   REUNION.COM, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, individually and on behalf of a class of similarly situated persons,<br><br>　　Plaintiffs,<br><br>　v.<br><br>REUNION.COM, INC., a California corporation,<br><br>　　Defendant. | No. 3:08-cv-3518 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE AND FOR INVOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(B)**<br><br>**Date:**　September 25, 2009<br>**Time:**　9:00 AM<br>**Judge:**　Hon. Maxine Chesney<br>　　　　　Courtroom 7 (19th Floor) |

Before the Court is Defendant's Motion to Strike and for Involuntary Dismissal Pursuant to Fed.R.Civ.P. 41(b) (Docket No. 86). Having considered the parties' respective memoranda of law, the Court hereby GRANTS Defendant's Motions for reasons set forth in Defendant's memoranda.

Plaintiffs' "Notice Of Withdrawal Of Second Amended Complaint And Of Plaintiffs' Decision To Stand On The First Amended Complaint Without Further Amendment" (Docket No. 78) is hereby stricken as procedurally improper.

This case is further DISMISSED involuntary and with prejudice pursuant to Fed.R.Civ.P. 41(b) for Plaintiffs' continued failure to plead a cause of action that is not preempted by the CAN SPAM Act (15 U.S.C. § 7701(b)(1)), and continued refusal to correct the defects in Plaintiffs' complaints that the Court has heretofore identified. The Court finds that involuntary dismissal, rather than dismissal under Fed.R.Civ.P. 12(b), is particularly appropriate given Plaintiffs' repeated refusals to follow this Court's instructions, their misrepresentation to the Court regarding the intended scope of the Second Amended Complaint, and their refusal even now to substantively withdraw the Second Amended Complaint or their opposition to Defendant's Motion to Dismiss, both of which fail for the same reasons as their prior pleadings.

The Court further finds that FINAL JUDGMENT shall be entered *nunc pro tunc*, to May 29, 2009, for Plaintiffs' failure to comply with the Court's instructions of May 14, 2009 (Docket No. 73). Based upon representations made in their Supplemental Brief in Support of their Motion for Reconsideration (Docket No. 68), Plaintiffs were given leave to file a Second Amended Complaint no later than May 29, 2009. The Second Amended Complaint, however, as Plaintiffs' counsel concede, did not contain the allegations Plaintiffs' represented would be present. Whether Plaintiffs' intended any misrepresentation at the time is immaterial. *Montgomery v. City of Ardmore*, 365 F.3d 926, 943 (10th Cir. 2004). The Court is within its discretion to issue an appropriate sanction for this failure to comply with Court orders

1  and to adhere to their own promises, and finds that entry of judgment effective the
2  date that Plaintiffs were given to submit a proper Second Amended Complaint is
3  appropriate under these exceptional circumstances.  *See Ruby v. Sec'y of United States*
4  *Navy*, 365 F.2d 385, 388 (9th Cir. 1966).

    This is a final and appealable order.


    Dated: _____          _____
                                      Maxine M. Chesney
                                      United States District Judge

| | | |
|---|---|---|
| 1 | **DATED:** September 14, 2009 | Respectfully submitted, |
| 2 | | s/ Ronald Jason Palmieri |
| | | One of the Attorneys for Defendant |

LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
1644 North Orange Grove Avenue
Los Angeles, CA 90046
TELEPHONE: (323) 882-8225
FACSIMILE:  (323) 882-8208
lawofcsrjp@aol.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Carole E. Handler (CA Bar No. 129381)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
TELEPHONE: (310) 860-8705
FACSIMILE:  (310) 860-3805
handler@wildman.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Peter N. Moore (admitted *pro hac vice*)
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
TELEPHONE: (312) 201-2000
FACSIMILE:  (312) 201-2555
pmoore@wildman.com

Attorneys for Defendant
REUNION.COM, INC.