**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   VIOLETTA HOANG, et al.,              No. C-08-3518 MMC
12              Plaintiffs,               **ORDER VACATING SEPTEMBER 25,**
                                          **2009 HEARING ON DEFENDANT'S**
13      v.                                **MOTION TO STRIKE AND FOR**
                                          **INVOLUNTARY DISMISSAL AND**
14   REUNION.COM, INC.,                   **DEFENDANT'S MOTION FOR**
                                          **SANCTIONS**
15              Defendant
     _____/
16
17        Before the Court are two motions:  (1) defendant Reunion.com, Inc.'s Motion to

18   Strike Plaintiffs' Notice and for Involuntary Dismissal Pursuant to Fed. R. Civ. P. 41(B), filed

19   July 31, 2009; and (2) defendant's Motion for Sanctions Pursuant to 28 U.S.C. § 1927, filed

20   July 31, 2009.  Plaintiffs Violetta Hoang, Livia Hsiao, Michael Blacksburg, and Matthew Hall

21   have filed opposition to each motion, and defendant has filed a reply to each such

22   opposition.  Having read and considered the papers filed in support of and in opposition to

23   the motions, the Court deems the matters suitable for decision on the parties' respective

24   submissions, and VACATES the hearing scheduled for September 25, 2009.

25        **IT IS SO ORDERED.**

26

27   Dated: September 18, 2009                     _____
                                                   MAXINE M. CHESNEY
28                                                 United States District Judge