## **ORDER**

Having reviewed the file and the Unopposed Ex Parte Application and for good cause appearing, IT IS SO ORDERED that the Court hereby vacates its previous Order for the parties to file a Case Management Statement by Friday, October 16, 2009, and further vacates the Order that the parties appear at a Case Management Conference on October 23, 2009.

Dated: _____                        _____
                                                                   District Judge Maxine M. Chesney
                                                                   United States District Court
                                                                   Northern District of California.