LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
1644 North Orange Grove Avenue
Los Angeles, CA 90046
TELEPHONE: (323) 882-8225
FACSIMILE:  (323) 882-8208
lawofcsrjp@aol.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Carole E. Handler (CA Bar No. 129381)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
TELEPHONE: (310) 860-8705
FACSIMILE:  (310) 860-3805
handler@wildman.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Peter N. Moore (admitted *pro hac vice*)
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
TELEPHONE: (312) 201-2000
FACSIMILE:  (312) 201-2555
pmoore@wildman.com

Attorneys for Defendant
REUNION.COM, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>REUNION.COM, INC., a California corporation,<br><br>　　　　　　　　　　Defendant. | No. 3:08-cv-3518<br><br>**DEFENDANT'S UNOPPOSED EX PARTE APPLICATION TO VACATE ORDER REQUIRING FILING OF CASE MANAGEMENT STATEMENT AND VACATING DATE FOR CASE MANAGEMENT CONFERENCE AND ORDER THERON**<br><br>**CMS Filing Date:** October 16, 2009<br>**CMC Hearing Date:** October 23, 2009<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. Maxine M. Chesney<br>**Courtroom:** 7, 19th Floor |

　　　　Defendant, Reunion.com, Inc., by and through their counsel of record, hereby makes Ex Parte Application for an Order by this Court vacating its previous

-1-

Order for the parties to file a Case Management Statement by this Friday, October 16, 2009 and for a further Order vacating the Case Management Conference currently scheduled for October 23, 2009.

    Counsel for the parties have met and conferred and the undersigned represents that Plaintiffs' counsel do not oppose the instant Ex Parte Application, nor the relief sought herein.

    The basis for the Ex Parte Application is that the Court currently has before it two fully briefed motions: (1) Defendant's Motion to Strike and for Involuntary Dismissal Pursuant to Rule 41(b), and (2) Defendant's Motion for Sanctions Pursuant to 28 U.S.C. § 1927, which were scheduled for hearing on September 25, 2009 at 9:00 AM.  The Court took those Motions under submission without oral argument and the parties are awaiting this Court's decisions on both of said Motions.

    Since these Motions are potentially dispositive to Plaintiffs' case and future actions of the parties, neither the Case Management Statement, nor the Case Management Hearing would, in all counsels' opinion, serve any useful purpose at this time.  Based thereon, it is respectfully submitted that the relief requested herein be granted.

**DATED:** October 13, 2009.
                           Respectfully submitted,

                                            REUNION.COM, INC.

                                        By: ___/s/ Ronald J. Palmieri_____
                                               One of Its Attorneys

//
//

**ORDER**

Having reviewed the file and the Unopposed Ex Parte Application and for good cause appearing, IT IS SO ORDERED that the Court hereby vacates its previous Order for the parties to file a Case Management Statement by Friday, October 16, 2009, and further vacates the Order that the parties appear at a Case Management Conference on October 23, 2009.

Dated: October 19, 2009

District Judge Maxine M. Chesney
United States District Court
Northern District of California.