1  LAW OFFICES OF RONALD JASON PALMIERI, P.C.
   Ronald Jason Palmieri (CA Bar No. 96953)
2  1644 North Orange Grove Avenue
   Los Angeles, CA 90046
3  TELEPHONE: (323) 882-8225
   FACSIMILE:  (323) 882-8208
4  lawofcsrjp@aol.com

5  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Carole E. Handler (CA Bar No. 129381)
6  9665 Wilshire Boulevard, Suite 200
   Beverly Hills, CA 90212
7  TELEPHONE: (310) 860-8705
   FACSIMILE:  (310) 860-3805
8  handler@wildman.com

9  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Peter N. Moore (admitted *pro hac vice*)
10 225 West Wacker Drive, Suite 2800
   Chicago, IL 60606-1229
11 TELEPHONE: (312) 201-2000
   FACSIMILE:  (312) 201-2555
12 pmoore@wildman.com

13 Attorneys for Defendant
   REUNION.COM, INC.

14

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, and MATTHEW HALL, individually and on behalf of a class of similarly situated persons,<br><br>        Plaintiffs,<br><br>    v.<br><br>REUNION.COM, INC., a California corporation,<br><br>        Defendant. | No. 3:08-cv-3518 MMC<br><br>**DECLARATION OF PETER N. MOORE IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING THE *VIRTUMUNDO* DECISION**<br><br>**Judge:**   Hon. Maxine Chesney<br>          Courtroom 7 (19th Floor) |

17

18

19

20

21

22

23

24

25

26

27

28

I, Peter N. Moore, do declare as follows:

1.     I am an attorney at law duly licensed and admitted to practice law before all of the courts in the State of Illinois, and have been admitted *pro hac vice* before this Honorable Court.   I am one of the attorneys of record for Defendant, Reunion.com, Inc.

2.     The facts contained in this declaration are true of my own personal knowledge and if called upon to testify, I could, and would, competently testify thereto.

3.     Attached to this declaration as exhibits are true and correct copies of the following documents, as summarized below:

| Exhibit No. | Description |
|---|---|
| 1 | Docket, *Hypertouch v. Azoogle*, No. CV-08-03739(GHK) (C.D. Cal.) |
| 2 | Azoogle.com's Motion to Dismiss, *Hypertouch v. Azoogle*, No.CV-08-03739(GHK) (C.D. Cal. August 1, 2008) |
| 3 | Excerpts, Brief for Appellant Hypertouch Inc. at 11, *Hypertouch v. Azoogle*, No. 09-15943 (9th Cir. Aug. 17, 2009) |
| 4 | Excerpts, Appellee's Joint Answering Brief, *Hypertouch v. Azoogle*, No. 09-15943 (9th Cir. Oct. 21, 2009) |
| 5 | Excerpts, Reply Brief for Appellant Hypertouch, Inc., *Hypertouch, Inc. v. Azoogle.com, Inc.*, 09-15943 (9th Cir. Nov. 23, 2009) |
| 6 | Order, *Asis v. Subscriberbase*, Case No. 09-cv-03503-SC (Dec. 4, 2009) (slip op) |
| 7 | Order, *Hypertouch, Inc. v. Azoogle, Inc.*, 08-cv-04970-MMC (N.D. Cal. March 19, 2009) |
| 8 | October 2008 E-mail from Ronald Jason Palmieri to Plaintiffs' Counsel |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

1    Executed on January 8, 2010

2

3                                                 s/ Peter N. Moore
                                                 Peter N. Moore
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
     _____
26   [1]

27

28