IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA HOANG, et al.,

    Plaintiffs,

  v.

REUNION.COM, INC.,

    Defendant

                                       /

No. C-08-3518 MMC

**ORDER AFFORDING PLAINTIFFS OPPORTUNITY TO FILE RESPONSE TO DEFENDANT'S APPLICATION TO STAY DISCOVERY PENDING APPEAL**

    Before the Court is defendant's "Ex Parte Application to Stay Discovery Pending Appeal," filed April 15, 2009. In its application, defendant seeks an order vacating the Case Management Conference, currently scheduled for May 28, 2010, and staying discovery, pending resolution of a motion defendant intends to file, by which motion defendant would seek an order certifying the Court's March 31, 2010 order for interlocutory appeal.

    Having read and considered the Application, the Court finds the matter is not appropriate for consideration on an ex parte basis, and hereby affords plaintiffs the opportunity to file, no later than April 30, 2010, a response to the application, and defendant the opportunity to file, no later than May 7, 2010, a reply.

//

1  As of May 7, 2010, or the date on which defendant files a reply, whichever is earlier,
2 the Court will take the matter under submission.
3  **IT IS SO ORDERED.**

5 Dated: April 21, 2010

MAXINE M. CHESNEY
United States District Judge