1 | LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
2 | 1644 North Orange Grove Avenue
Los Angeles, CA 90046
3 | TELEPHONE: (323) 882-8225
FACSIMILE:  (323) 882-8208
4 | lawofcsrjp@aol.com

5 | WILDMAN, HARROLD, ALLEN & DIXON LLP
Carole E. Handler (CA Bar No. 129381)
6 | 9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
7 | TELEPHONE: (310) 860-8705
FACSIMILE:  (310) 860-3805
8 | handler@wildman.com

9 | WILDMAN, HARROLD, ALLEN & DIXON LLP
Peter N. Moore (admitted *pro hac vice*)
10 | 225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
11 | TELEPHONE: (312) 201-2000
FACSIMILE:  (312) 201-2555
12 | pmoore@wildman.com

13 | Attorneys for Defendant
REUNION.COM, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, and MATTHEW HALL, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>  v.<br><br>REUNION.COM, INC., a California corporation,<br><br>    Defendant. | No. 3:08-cv-3518 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS ON MOTION TO STRIKE AND MOTION FOR CERTIFICATION**<br><br>**Date:** June 11, 2010<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. Maxine Chesney<br>         Courtroom 7 (19th Floor) |

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS
ON MOTION TO STRIKE AND MOTION FOR CERTIFICATION         NO. 3:08-CV-3518 MMC

1

## STIPULATION

Plaintiffs, Violetta Hoang, Livia Hsiao, and Michael Blacksburg ("Plaintiffs"), and Defendant, Reunion.com ("Defendant"), hereby stipulate to the following:

WHEREAS, Defendant filed a Motion to Strike Portions of Plaintiffs' First Amended Complaint on April 23, 2010 (Docket No. 112) ("Motion to Strike") set for hearing on May 28, 2010 at 9:00 a.m.;

WHEREAS, Defendant filed a Motion to Certify the Court's March 31, 2010 Order for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) (Docket No. 114) ("Motion to Certify"), which was re-noticed for hearing on June 11, 2010 at 9:00 a.m. (Docket No. 115);

WHEREAS, counsel for Plaintiffs has requested and counsel for Defendant has agreed to consolidate the hearings for the Motion to Strike and Motion to Certify so that both hearings take place on June 11, 2010 at 9:00 a.m.; and

WHEREAS, Plaintiffs' counsel has agreed not to serve discovery prior to the hearing on the motions.

NOW, THEREFORE, the parties stipulate to the following:

1. The hearing on the Motion to Strike is hereby re-noticed to June 11, 2010 at 9:00 a.m. and shall, subject to the Court's approval, be consolidated with the hearing on the currently pending Motion to Certify, which is already noticed for that date.

2. Plaintiffs shall not serve discovery on Defendant until after June 11, 2010.

Concurrence in the filing of this stipulation has been obtained from each of the signatories listed below.

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS
ON MOTION TO STRIKE AND MOTION FOR CERTIFICATION     No. 3:08-cv-3518 MMC

2

| | |
|---|---|
| DATED: April 30, 2010 | Respectfully submitted, |

| | |
|---|---|
| SHAPIRO HABER & URMY LLP | WILDMAN, HARROLD, ALLEN & DIXON LLP |
| By: s/ Todd Heyman <br> One of the Attorneys for Plaintiffs | By: s/ Ronald Jason Palmieri <br> One of the Attorneys for Defendant |
| | LAW OFFICES OF RONALD JASON PALMIERI, P.C. <br> Ronald Jason Palmieri (CA Bar No. 96953) <br> 1644 North Orange Grove Avenue <br> Los Angeles, CA 90046 <br> TELEPHONE: (323) 882-8225 <br> FACSIMILE:  (323) 882-8208 <br> lawofcsrjp@aol.com |
| | WILDMAN, HARROLD, ALLEN & DIXON LLP <br> Carole E. Handler (CA Bar No. 129381) <br> 9665 Wilshire Boulevard, Suite 200 <br> Beverly Hills, CA 90212 <br> TELEPHONE: (310) 860-8705 <br> FACSIMILE:  (310) 860-3805 <br> handler@wildman.com |
| | WILDMAN, HARROLD, ALLEN & DIXON LLP <br> Peter N. Moore (admitted *pro hac vice*) <br> 225 West Wacker Drive, Suite 2800 <br> Chicago, IL 60606-1229 <br> TELEPHONE: (312) 201-2000 <br> FACSIMILE:  (312) 201-2555 <br> pmoore@wildman.com |
| | Attorneys for Defendant <br> REUNION.COM, INC. |

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS
ON MOTION TO STRIKE AND MOTION FOR CERTIFICATION              NO. 3:08-CV-3518 MMC

3

**ORDER**

The Court having reviewed the Joint Stipulation between Plaintiffs and Defendant consolidating the hearings on Defendant's Motion to Strike and Motion to Certify:

IT IS HEREBY ORDERED that the Joint Stipulation is approved and it is further ORDERED that:

1. The hearing on the Motion to Strike is hereby continued to June 11, 2010 at 9:00 a.m. and shall be consolidated with the hearing on the currently pending Motion to Certify, which is already set for that date.

2. Plaintiffs shall not serve discovery on Defendant until after June 11, 2010.

Dated: May 3, 2010

Maxine M. Chesney
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS
ON MOTION TO STRIKE AND MOTION FOR CERTIFICATION   No. 3:08-cv-3518 MMC

4