**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

**SHAPIRO, HABER & URMY LLP**
Edward F. Haber (admitted *pro hac vice*)
Todd S. Heyman (admitted *pro hac vice*)
Ian J. McLoughlin (admitted *pro hac vice*)
Robert E. Ditzion (admitted *pro hac vice*)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
theyman@shulaw.com
imcloughlin@shulaw.com
rditzion@shulaw.com

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLETTA HOANG, LIVIA HSIAO, MICHAEL BLACKSBURG, and MATTHEW HALL**, individually and on behalf of a class of similarly situated persons,<br><br>  Plaintiffs,<br><br>  vs.<br><br>**REUNION.COM, INC.**, a California corporation,<br><br>  Defendant. | Case No. 08-CV-03518-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** ;<br>ORDER THEREON<br>Date:    ~~June 11, 2010~~<br>Time:    10:30 a.m.<br>Ctrm:    Courtroom 7<br>Judge:   Hon. Maxine M. Chesney |

Case No. 08-CV-03518-MMC    STIP. TO CONTINUE CASE MANAGEMENT CONFERENCE

WHEREAS the case management conference is currently scheduled for May 28, 2010; and

WHEREAS the Motion to Strike Amended Complaint and Motion to Certify March 31, 2010 Order for Interlocutory Review are set for hearing on June 11, 2010;

WHEREAS judicial economy would be served by continuing the May 28 case management conference to June 11, 2010.

NOW THEREFORE, PLAINTIFFS AND DEFENDANT, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.  The parties agree, and jointly request that the Court continue the case management conference currently set for May 28, 2010 to June 11, 2010.

2.  The parties agree, and jointly request that the Court order that the parties' joint case management statement, currently due to be filed by May 21, 2010, shall be filed on or before a date 7 days prior to the date of the rescheduled case management conference.

DATED: May 4, 2010

LAW OFFICES OF RONALD JASON PALMIERI, P.C.

By: *s/ Ronald Jason Palmieri*

Ronald Jason Palmieri
Attorney for Defendant

DATED: May 4, 2010

SHAPIRO, HABER & URMY LLP

By: *s/ Todd Heyman*

Todd Heyman
Attorney for Plaintiffs

**IT IS SO ORDERED,** with the exception that the Case Management Conference is hereby CONTINUED to July 2, 2010.  A Joint Case Management Statement shall be filed no later than June 25, 2010.

Dated: May 5, 2010

HONORABLE MAXINE M. CHESNEY
Judge, United States District Court
for the Northern District of California

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com