1  LAW OFFICES OF RONALD JASON PALMIERI, P.C.
   Ronald Jason Palmieri (CA Bar No. 96953)
2  1644 North Orange Grove Avenue
   Los Angeles, CA 90046
3  TELEPHONE: (323) 882-8225
   FACSIMILE:  (323) 882-8208
4  lawofcsrjp@aol.com

5  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Carole E. Handler (CA Bar No. 129381)
6  9665 Wilshire Boulevard, Suite 200
   Beverly Hills, CA 90212
7  TELEPHONE: (310) 860-8705
   FACSIMILE:  (310) 860-3805
8  handler@wildman.com

9  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Peter N. Moore (admitted *pro hac vice*)
10 225 West Wacker Drive, Suite 2800
   Chicago, IL 60606-1229
11 TELEPHONE: (312) 201-2000
   FACSIMILE:  (312) 201-2555
12 pmoore@wildman.com

13 Attorneys for Defendant
   REUNION.COM, INC.

14

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA

17

18 VIOLETTA HOANG, LIVIA HSIAO,         No. 3:08-cv-3518
   and MICHAEL BLACKSBURG,
19 individually and on behalf of all others  DECLARATION OF CAROLE HANDLER RE
   similarly situated,                   DEFENDANT'S REPLY IN SUPPORT OF
20                                        MOTION TO CERTIFY MARCH 31, 2010
                    Plaintiffs,           ORDER FOR INTERLOCUTORY REVIEW
21                                        PURSUANT TO 28 U.S.C. § 1292(B)
   vs.
22
   REUNION.COM, INC., a California
23 corporation,

                    Defendant.
24

25
26
27
28

I, Carole Handler, do declare as follows:

1. I am an attorney at law duly licensed and admitted to practice law before all of the courts in the State of California and before this Court. I am one of the attorneys of record for Defendant, Reunion.com, Inc.

2. The facts contained in this declaration are true of my own personal knowledge and if called upon to testify, I could, and would, competently testify thereto.

3. Attached to this Declaration as Exhibit 1 is a true and correct copy of excerpts from the Appellee's Joint Answering Brief, Hypertouch v. Azoogle, No. 09-15943 (9th Cir. Oct. 21, 2009), a complete copy of which was previously filed with this Court at Docket No. 106-4.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 28, 2010

_____
Carole Handler

DECLARATION OF CAROLE HANDLER
2