1  LAW OFFICES OF RONALD JASON PALMIERI, P.C.
   Ronald Jason Palmieri (CA Bar No. 96953)
2  lawofcsrjp@aol.com
   David S. Phillips (CA Bar No. 157347)
3  dfp@lodsp.com
   1644 North Orange Grove Avenue
4  Los Angeles, CA 90046
   TELEPHONE: (323) 882-8225
5  FACSIMILE:  (323) 882-8208

6  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Sean M. Sullivan (CA Bar No. 229104)
7  ssullivan@wildman.com
   9665 Wilshire Boulevard, Suite 200
8  Beverly Hills, CA 90212
   TELEPHONE: (310) 860-8700
9  FACSIMILE:  (310) 860-3800

10 WILDMAN, HARROLD, ALLEN & DIXON LLP
   Brent R. Austin (CA Bar No. 141938)
11 austin@wildmanharrold.com
   Peter N. Moore (admitted *pro hac vice*)
12 pmoore@wildman.com
   225 West Wacker Drive, Suite 2800
13 Chicago, IL 60606-1229
   TELEPHONE: (312) 201-2000
14 FACSIMILE:  (312) 201-2555

15 Attorneys for Defendant
   REUNION.COM, INC.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, and MATTHEW HALL, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>REUNION.COM, INC., a California corporation,<br><br>Defendant. | No. 3:08-cv-3518 MMC<br><br>**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>**Judge:**   Hon. Maxine Chesney<br>Courtroom 7 (19th Floor) |

TO THE HONORABLE MAXINE CHESNEY, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to General Order No. 45, IV.C., Defendant hereby provides notice that Brent R. Austin (CA Bar No. 141938), austin@wildmanharrold.com, and Sean M. Sullivan (CA Bar No. 229104), ssullivan@wildman.com, of Wildman, Harrold, Allen & Dixon LLP are hereby replacing Michael Dockterman and Dominique Shelton of Wildman, Harrold, Allen & Dixon LLP as counsel of record for Defendant Reunion.com in this matter.  Mr. Dockterman and Ms. Shelton should be removed from the docket and the Court's and counsel's service lists and Mr. Austin and Mr. Sullivan should be added to the docket and to the Court's and counsel's service lists.

Peter Moore of Wildman, Harrold, Allen & Dixon LLP and Ronald Jason Palmieri of the Law Offices of Ronald Jason Palmieri, P.C., shall remain counsel of record for Defendant Reunion.com and should remain on the docket and on the Court's and counsel's service lists.

**DATED:**     June 8, 2010                                Respectfully submitted,

                                                     /s/ Ronald J. Palmieri
                                                    One of the Attorneys for Defendant

LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
lawofcsrjp@aol.com
David S. Phillips (CA Bar No. 157347)
dfp@lodsp.com
1644 North Orange Grove Avenue
Los Angeles, CA 90046
TELEPHONE: (323) 882-8225
FACSIMILE:  (323) 882-8208

WILDMAN, HARROLD, ALLEN & DIXON LLP
Sean M. Sullivan (CA Bar No. 229104)
ssullivan@wildman.com
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
TELEPHONE: (310) 860-8700
FACSIMILE:  (310) 860-3800

| | |
|---|---|
| 1 | WILDMAN, HARROLD, ALLEN & DIXON LLP |
| | Brent R. Austin (CA Bar No. 141938) |
| 2 | austin@wildmanharrold.com |
| | Peter N. Moore (admitted *pro hac vice*) |
| 3 | pmoore@wildman.com |
| | 225 West Wacker Drive, Suite 2800 |
| 4 | Chicago, IL 60606-1229 |
| | TELEPHONE: (312) 201-2000 |
| 5 | FACSIMILE:  (312) 201-2555 |

Attorneys for Defendant
REUNION.COM, INC.

2079827