| | |
|---|---|
| 1 | LAW OFFICES OF RONALD JASON PALMIERI, P.C.<br>Ronald Jason Palmieri (CA Bar No. 96953)<br>1644 North Orange Grove Avenue<br>Los Angeles, CA 90046<br>TELEPHONE: (323) 882-8225<br>FACSIMILE:  (323) 882-8208<br>lawofcsrjp@aol.com |

LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
1644 North Orange Grove Avenue
Los Angeles, CA 90046
TELEPHONE: (323) 882-8225
FACSIMILE:  (323) 882-8208
lawofcsrjp@aol.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Carole E. Handler (CA Bar No. 129381)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
TELEPHONE: (310) 860-8705
FACSIMILE:  (310) 860-3805
handler@wildman.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Peter N. Moore (admitted *pro hac vice*)
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
TELEPHONE: (312) 201-2000
FACSIMILE:  (312) 201-2555
pmoore@wildman.com

Attorneys for Defendant
REUNION.COM, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, and MATTHEW HALL, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>  v.<br><br>REUNION.COM, INC., a California corporation,<br><br>    Defendant. | No. 3:08-cv-3518 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CERTIFY MARCH 31, 2010 ORDER FOR INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(B)<br><br>Date:    ~~June 4, 2010~~<br>Time:    ~~9:00 a.m.~~<br>Judge:   Hon. Maxine Chesney<br>           Courtroom 7 (19th Floor) |

### [~~Proposed~~] Order

Having reviewed Defendant's Motion to Certify the Court's March 31, 2010 Order for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b), the parties' respective memoranda of law, any and all supporting documents, and all other related documents in the Court's file, the Court hereby GRANTS Defendant's Motion for reasons set forth in Defendant's memoranda and hereby ORDERS as follows:

The Court's March 31, 2010 Order Reconsidering and Vacating in Part December 23 Order; Denying Defendant's Motion to Dismiss First Amended Complaint; Setting Case Management Conference (Docket No. 107) (the "March 31, 2010 Order") involves controlling questions of law as to which there is substantial ground for difference of opinion and an immediate appeal from the order may materially advance the ultimate termination of the litigation and thus the March 31, 2010 Order is hereby certified for interlocutory review pursuant to 28 U.S.C. § 1292(b).

Dated: June 9, 2010

*Maxine M. Chesney*
Maxine M. Chesney
United States District Judge

2071008