LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
1644 North Orange Grove Avenue
Los Angeles, CA 90046
TELEPHONE: (323) 882-8225
FACSIMILE:  (323) 882-8208
lawofcsrjp@aol.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Carole E. Handler (CA Bar No. 129381)
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
TELEPHONE: (310) 860-8705
FACSIMILE:  (310) 860-3805
handler@wildman.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Peter N. Moore (admitted *pro hac vice*)
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
TELEPHONE: (312) 201-2000
FACSIMILE:  (312) 201-2555
pmoore@wildman.com

Attorneys for Defendant
REUNION.COM, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, and MATTHEW HALL, individually and on behalf of a class of similarly situated persons,<br><br>      Plaintiffs,<br><br>   v.<br><br>REUNION.COM, INC., a California corporation,<br><br>      Defendant. | No. 3:08-cv-3518 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO STAY DISCOVERY PENDING APPEAL AND DIRECTIONS TO PARTIES<br>**Date:**    ~~April 14, 2010~~<br>**Judge:**   Hon. Maxine Chesney<br>              Courtroom 7 (19th Floor) |

# [PROPOSED] ORDER

Having reviewed Defendant's Ex Parte Application to Stay Discovery Pending Appeal, the supporting papers, plaintiffs' opposition, and all other related documents in the Court's file, and for good cause appearing, the Court hereby ORDERS as follows:

the Case Management Conference previously set for ~~May 28~~ July 2, 2010 is ~~continued~~ vacated and discovery stayed in the instant action until, either:

(1) the Ninth Circuit issues a decision finally determining the issues addressed in the Court's March 31, 2010 Order;

~~(2) Defendant's request for certification is denied by the Court~~; or

(2) ~~(3)~~ the Ninth Circuit refuses to permit appeal of the certified Order.

If the stay has not been lifted as of December 3, 2010, the parties are DIRECTED to file a joint status report no later than December 10, 2010.

Dated: June 9, 2010

_____
District Judge Maxine M. Chesney
United States District Court
Northern District of California.

---

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION                     NO. 3:08-CV-3518 MMC
2067589-1                                                  2