IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA HOANG, et al.,

    Plaintiffs,

  v.

REUNION.COM, INC.,

    Defendant.

No. C-08-3518 MMC

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO STRIKE**

    Before the Court is defendant's Motion to Strike Portions of Plaintiffs' First Amended Complaint, filed April 23, 2010. Plaintiffs have filed opposition, to which defendant has replied.

    By separate orders filed concurrently herewith, the Court has granted defendant's Motion to Certify March 31, 2010 Order for Interlocutory Review and defendant's Application to Stay Discovery Pending Appeal. In the interests of judicial economy, the Court finds it appropriate to defer consideration of the Motion to Strike until such time as the Ninth Circuit either declines to permit appeal of the certified Order or issues a final decision determining the issues addressed in the Court's March 31, 2010 Order.

    Accordingly, the Motion to Strike is hereby DENIED, without prejudice to defendant's renoticing the motion upon the lifting of the stay of discovery.

    **IT IS SO ORDERED.**

Dated: June 9, 2010

MAXINE M. CHESNEY
United States District Judge