| | |
|---|---|
| 1 | LAW OFFICES OF RONALD JASON PALMIERI, P.C.<br>Ronald Jason Palmieri (CA Bar No. 96953)<br>lawofcsrjp@aol.com<br>David S. Phillips (CA Bar No. 157347)<br>dfp@lodsp.com<br>1644 North Orange Grove Avenue<br>Los Angeles, CA 90046<br>TELEPHONE: (323) 882-8225<br>FACSIMILE:  (323) 882-8208 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Sean M. Sullivan (CA Bar No. 229104)<br>ssullivan@wildman.com<br>9665 Wilshire Boulevard, Suite 200<br>Beverly Hills, CA 90212<br>TELEPHONE: (310) 860-8700<br>FACSIMILE:  (310) 860-3800 |
| 7 | |
| 8 | |
| 9 | |
| 10 | WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Brent R. Austin (CA Bar No. 141938)<br>austin@wildmanharrold.com<br>Peter N. Moore (admitted *pro hac vice*)<br>pmoore@wildman.com<br>225 West Wacker Drive, Suite 2800<br>Chicago, IL 60606-1229<br>TELEPHONE: (312) 201-2000<br>FACSIMILE:  (312) 201-2555 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Attorneys for Defendant<br>REUNION.COM, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA HOANG, LIVIA HSIAO, and MICHAEL BLACKSBURG, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>vs.<br><br>REUNION.COM, INC., a California corporation,<br><br>                              Defendant. | No. 3:08-cv-3518   ORDER DENYING AS MOOT<br><br>**DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO CERTIFY AND MOTION TO STRIKE**<br><br>**Hearing Date:** ~~June 11, 2010~~<br>**Time:**           9:00 a.m.<br>**Judge:**          Hon. Maxine M. Chesney<br>**Courtroom:**   7, 19th Floor |

Pursuant to Rule 16-10 of the Civil Local Rules of the United States District Court for the Northern District of California, Defendant, Reunion.com, Inc., by and through their counsel of record, specifically Ronald Jason Palmieri who practices in Los Angeles, California, requests to participate by telephone in the consolidated hearings on Defendant's Motion to Certify (Docket No. 114) and Defendant's Motion to Strike (Docket No. 112) in the above-entitled case, currently scheduled for June 11, 2010, at 9:00 a.m.

In addition to Mr. Palmieri, Defendant's co-counsel, Sean M. Sullivan, who practices in Los Angeles, also respectfully requests the Court's permission to participate by telephone at said hearings.

Mr. Palmieri has previously conferred with counsel for Plaintiffs, and said counsel has stated that they have no objection to the request of counsel to appear telephonically at hearings in this matter.

**DATED:** June 8, 2010

Respectfully submitted,

REUNION.COM, INC.

By: __/s/ Ronald J. Palmieri__
One of Its Attorneys

## ORDER

Having reviewed the file and the request in this matter and for good cause appearing, IT IS SO ORDERED that the request to appear telephonically is hereby ~~GRANTED.~~   DENIED as moot.

Dated: June 9, 2010

District Judge Maxine M. Chesney
United States District Court
Northern District of California.