**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

**SHAPIRO, HABER & URMY LLP**
Edward F. Haber (admitted *pro hac vice*)
Todd S. Heyman (admitted *pro hac vice*)
Ian J. McLoughlin (admitted *pro hac vice*)
Robert E. Ditzion (admitted *pro hac vice*)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
theyman@shulaw.com
imcloughlin@shulaw.com
rditzion@shulaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLETTA HOANG, LIVIA HSIAO, MICHAEL BLACKSBURG, and MATTHEW HALL**, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**REUNION.COM, INC.**, a California corporation,<br><br>Defendant. | Case No. 08-CV-03518-MMC<br><br>**NOTICE OF CHANGE OF COUNSEL** |

Case No. 08-CV-03518-MMC                **NTC OF CHANGE OF COUNSEL**

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Violetta Hoang, Livia Hsiao, Michael Blacksburg, and Matthew Hall, are no longer represented by the following attorney and requests that the Court remove the following email addresses with respect to this case:

>  Margarita Calpotura, CA Bar No. 244711
>  Kronenberger Burgoyne, LLP
>  150 Post Street, Suite 520
>  San Francisco, CA 94108
>  mcalpotura@Kronenbergerlaw.com
>  mcalpotura@KBInternetLaw.com

All correspondence, notice of electronic filing, pleadings and/or other court documents should no longer be sent to counsel listed above for this case.

Respectfully submitted,

DATED: June 15, 2010                    **KRONENBERGER BURGOYNE, LLP**

By: /s/ Henry M. Burgoyne, III
Henry M. Burgoyne, III
Karl S. Kronenberger
Jeffrey M. Rosenfeld
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

**SHAPIRO HABER & URMY LLP**
Edward F. Haber (admitted *pro hac vice*)
Todd S. Heyman (admitted *pro hac vice*)
Ian J. McLoughlin (admitted *pro hac vice*)
Robert E. Ditzion (admitted *pro hac vice*)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134