IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA HOANG, et al.,

    Plaintiffs,

v.

REUNION.COM, INC.,

    Defendant.

No. C-08-3518 MMC

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

By order filed August 27, 2010, the Court of Appeals for the Ninth Circuit denied defendant's petition for permission to appeal the Court's March 31, 2010 order.

Accordingly, the stay of discovery imposed by the Court's order of June 9, 2010 is hereby lifted, and a Case Management Conference is hereby set for October 22, 2010, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than October 15, 2010.

**IT IS SO ORDERED.**

Dated: September 9, 2010

MAXINE M. CHESNEY
United States District Judge