**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

**SHAPIRO, HABER & URMY LLP**
Edward F. Haber (admitted *pro hac vice*)
Todd S. Heyman (admitted *pro hac vice*)
Ian J. McLoughlin (admitted *pro hac vice*)
Robert E. Ditzion (admitted *pro hac vice*)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
theyman@shulaw.com
imcloughlin@shulaw.com
rditzion@shulaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VIOLETTA HOANG, LIVIA HSIAO, MICHAEL BLACKSBURG, and MATTHEW HALL**, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>**REUNION.COM, INC.**, a California corporation,<br><br>　　　　　Defendant. | Case No. 08-CV-03518-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT**<br><br>DATE:　　October 22, 2010<br>TIME:　　10:30 a.m.<br>CTRM:　　7, 19th Floor |

WHEREAS the case management statement is currently due to be filed on October 15, 2010; and

WHEREAS the case management conference is currently scheduled for October 22, 2010;

NOW THEREFORE, PLAINTIFFS AND DEFENDANT, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The parties agree, and request the Court order that the parties' joint case management statement, currently due to be filed by October 15, 2010, shall be filed on October 18, 2010.

DATED: October 15, 2010

LAW OFFICES OF RONALD JASON PALMIERI, P.C.

By: _____s/Ronald J. Palmieri_____

Ronald Jason Palmieri
Attorney for Defendant

DATED: October 15, 2010

KRONENBERGER BURGOYNE, LLP

By: _____s/Karl S. Kronenberger_____

Karl S. Kronenberger
Attorney for Plaintiffs

**IT IS SO ORDERED.**

Dated: October 18, 2010

_____
HONORABLE MAXINE M. CHESNEY
Judge, United States District Court
for the Northern District of California

Case No. 08-CV-03518-MMC          1          **STIP. TO EXTEND DATE TO FILE CMS**