**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

**SHAPIRO, HABER & URMY LLP**
Edward F. Haber (admitted *pro hac vice*)
Todd S. Heyman (admitted *pro hac vice*)
Ian J. McLoughlin (admitted *pro hac vice*)
Robert E. Ditzion (admitted *pro hac vice*)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
theyman@shulaw.com
imcloughlin@shulaw.com
rditzion@shulaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLETTA HOANG, LIVIA HSIAO, MICHAEL BLACKSBURG,** and **MATTHEW HALL**, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**REUNION.COM, INC.**, a California corporation,<br><br>Defendant. | Case No. 08-CV-03518-MMC<br><br>**STIPULATION TO CONTINUE 1/21/2011 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>DATE:  January 21, 2011<br>TIME:  10:30 a.m.<br>CTRM:  7, 19th Floor |

The parties hereby jointly move to continue the Case Management Conference scheduled for January 21, 2011 until February 9, 2011.  As grounds for this motion, the parties state that they have continued the conversations referenced in the December 1, 2011 Status Report (Docket No. 144), and believe the brief continuation requested here is in the interest of judicial economy and the conservation of resources of both the Court and the parties.  The parties do not anticipate seeking another continuance beyond February 9, 2011.

Dated: January 14, 2011        **KRONENBERGER BURGOYNE, LLP**

BY:   s/Karl S. Kronenberger
       Karl S. Kronenberger

Attorneys for Plaintiffs Violetta Hoang, Livia Hsiao, Michael Blacksburg, and Michael Hall

Dated: January 14, 2011        **LAW OFFICES OR RONALD JASON PALMIERI, PC**

BY:   s/Ronald Jason Palmieri
       Ronald Jason Palmieri
Attorneys for Defendant Reunion.com, Inc.

**IT IS SO ORDERED.**

Dated:_____

_____
HONORABLE MAXINE M. CHESNEY
Judge, United States District Court for the Northern District of California

CASE NO. 08-CV-03518 MMC          **STIPULATION TO CONTINUE 1/21/11 CMC; [PROP.] ORDER**

1